**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-07030-ER |
| Plaintiff, | |
| v. | |
| MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, BRYAN M. REASONS, GEORGE A. KEGLER, and MATTHEW K. HARBAUGH, | |
| Defendants. | |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF DENNIS DAUENHAUER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Lesley F. Portnoy, hereby declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Dennis Dauenhauer ("Movant") and [proposed] lead counsel for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published July 26, 2019 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein: *Strougo v. Mallinckrodt plc, et al.*, Case No. 1:19-cv-07030;

Exhibit B:   Signed PSLRA Certification of Movant;

Exhibit C:   Table of Movant's calculated losses as a result of transactions in Mallinckrodt plc securities; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of September, 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 24, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy