# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**MALLINCKRODT PLC SECURITIES LITIGATION**

I, Dennis Dauenhauer, certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead
Plaintiff motion on my behalf.

2.      I am duly authorized to institute legal action Mallinckrodt plc and other
defendants.

3.      I did not purchase Mallinckrodt plc securities that are the subject of this action at
the direction of plaintiff's counsel or in order to participate in any private action
arising under this title.

4.      I am willing to serve as a representative party on behalf of a class and will testify
at deposition and trial, if necessary.

5.      My transactions in Mallinckrodt plc securities during the Class Period set forth in
the Complaint are as follows:

(See attached transactions)

6.      I have not sought to serve, nor served, as a representative party on behalf of a
class under this title during the last three years.

7.      I will not accept any payment for serving as a representative party, except to
receive my pro rata share of any recovery or as ordered or approved by the court,
including the award to a representative plaintiff of reasonable costs and expenses
(including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

8/29/2019
_____
Date

DocuSigned by:

*Dennis Dauenhauer*
32BABA037728484...

_____
Dennis Dauenhauer

**Dennis Dauenhauer's Transactions in Mallinckrodt plc (MNK)**

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/17/2019 | Bought | 800 | $20.0700 |
| 4/17/2019 | Bought | 2,200 | $20.0700 |
| 4/17/2019 | Bought | 3,000 | $19.1700 |
| 4/18/2019 | Bought | 1,000 | $18.3700 |
| 4/30/2019 | Bought | 325 | $16.1700 |
| 4/30/2019 | Bought | 500 | $15.9700 |
| 4/30/2019 | Bought | 500 | $15.9700 |
| 4/30/2019 | Bought | 675 | $16.1700 |
| 4/30/2019 | Bought | 1,000 | $15.4700 |
| 4/30/2019 | Bought | 1,000 | $16.7700 |
| 5/1/2019 | Bought | 2,000 | $13.5700 |

### Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/30/2019 | Bought | 2,000 | $15.5400 |

### Account 3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/30/2019 | Bought | 1,500 | $15.5400 |