# EXHIBIT C

## Loss Chart

**Company Name:** Mallinckrodt plc
**Ticker:** MNK
**Class Period:** February 28, 2018 to July 16, 2019
**Name:** Dennis Dauenhauer

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/17/2019 | 800 | $20.0700 | -$16,056.0000 | | $0.0000 | -$16,056.00 |
| 4/17/2019 | 2,200 | $20.0700 | -$44,154.0000 | | $0.0000 | -$44,154.00 |
| 4/17/2019 | 3,000 | $19.1700 | -$57,510.0000 | | $0.0000 | -$57,510.00 |
| 4/18/2019 | 1,000 | $18.3700 | -$18,370.0000 | | $0.0000 | -$18,370.00 |
| 4/30/2019 | 325 | $16.1700 | -$5,255.2500 | | $0.0000 | -$5,255.25 |
| 4/30/2019 | 500 | $15.9700 | -$7,985.0000 | | $0.0000 | -$7,985.00 |
| 4/30/2019 | 500 | $15.9700 | -$7,985.0000 | | $0.0000 | -$7,985.00 |
| 4/30/2019 | 675 | $16.1700 | -$10,914.7500 | | $0.0000 | -$10,914.75 |
| 4/30/2019 | 1,000 | $15.4700 | -$15,470.0000 | | $0.0000 | -$15,470.00 |
| 4/30/2019 | 1,000 | $16.7700 | -$16,770.0000 | | $0.0000 | -$16,770.00 |
| 5/1/2019 | 2,000 | $13.5700 | -$27,140.0000 | | $0.0000 | -$27,140.00 |

**Shares Remaining:** 13,000 **Subtotal:** -$227,610.00

| | | | 90-Day Average Price* | Shares Remaining | 90-Day Average: | $59,607.71 |
|---|---|---|---|---|---|---|
| | | | $4.5852 | 13,000 | Total: | -$168,002.29 |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/30/2019 | 2,000 | $15.5400 | -$31,080.0000 | | $0.0000 | -$31,080.00 |

**Shares Remaining:** 2,000 **Subtotal:** -$31,080.00

| | | | 90-Day Average Price* | Shares Remaining | 90-Day Average: | $9,170.42 |
|---|---|---|---|---|---|---|
| | | | $4.5852 | 2,000 | Total: | -$21,909.58 |

### Account 3

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/30/2019 | 1,500 | $15.5400 | -$23,310.0000 | | $0.0000 | -$23,310.00 |

**Shares Remaining:** 1,500 **Subtotal:** -$23,310.00

| | | | 90-Day Average Price* | Shares Remaining | 90-Day Average: | $6,877.81 |
|---|---|---|---|---|---|---|
| | | | $4.5852 | 1,500 | Total: | -$16,432.19 |

*Using the average closing price between July 17, 2019 and September 23, 2019.

| | |
|---|---|
| Account 1: | -$168,002.29 |
| Account 2: | -$21,909.58 |
| Account 3: | -$16,432.19 |
| **Total Loss:** | **-$206,344.06** |