# EXHIBIT 3

**Mallinckrodt plc Loss Chart**

**Class Period: February 28, 2018 through July 16, 2019**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $4.5435 |
| Brad Davis | 2/26/2019 | 3,000 | ($23.75) | ($71,250.00) | 8/13/2019 | 2,800 | $4.85 | $13,580.28 | | | | |
| | 4/25/2019 | 2,000 | ($18.33) | ($36,659.80) | 8/13/2019 | 2,200 | $4.85 | $10,670.00 | | | | |
| | 4/30/2019 | 2,000 | ($16.00) | ($32,000.00) | 8/27/2019 | 5,000 | $3.56 | $17,800.50 | | | | |
| | 5/1/2019 | 2,000 | ($13.56) | ($27,120.00) | 8/27/2019 | 5,000 | $3.60 | $18,000.00 | | | | |
| | 5/7/2019 | 1,000 | ($16.10) | ($16,100.00) | 8/29/2019 | 5,000 | $3.10 | $15,500.00 | | | | |
| | 5/21/2019 | 2,000 | ($10.50) | ($21,000.00) | | | | | | | | |
| | 5/21/2019 | 2,000 | ($9.55) | ($19,100.00) | | | | | | | | |
| | 6/5/2019 | 2,000 | ($9.00) | ($17,999.80) | | | | | | | | |
| | 6/21/2019 | 4,000 | ($8.95) | ($35,800.00) | | | | | | | | |
| | 7/11/2019 | 50,000 | ($8.10) | ($405,000.00) | | | | | | | | |
| | 7/19/2019 | 3,005 | ($6.90) | ($20,734.50) | | | | | | | | |
| | 7/22/2019 | 1,995 | ($6.55) | ($13,066.85) | | | | | | | | |
| **TOTAL:** | | **75,000** | | **($715,830.95)** | | **20,000** | | **$75,550.78** | **55,000** | **$249,892.50** | **($390,387.67)** | |