**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, BRYAN M. REASONS, GEORGE A. KEGLER, and MATTHEW K. HARBAUGH <br><br> Defendants. | Case No.: 1:19-cv-07030-ER <br><br> Hon. Edgardo Ramos |

**NOTICE OF MOTION OF TIMOTHY J. WILCOX FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Timothy J. Wilcox ("Movant") respectfully moves this Court for an order: (1) appointing Movant as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory M. Nespole in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: September 24, 2019                    Respectfully Submitted,

                                             **LEVI & KORSINSKY, LLP**

                                             By: /s/ *Gregory M. Nespole*
                                             Gregory M. Nespole (GN-6820)
                                             55 Broadway, 10th Floor
                                             New York, NY 10006
                                             Tel: (212) 363-7500
                                             Fax: (212) 363-7171
                                             Email: gnespole@zlk.com


                                             *Lead Counsel for Movant and [Proposed]*
                                             *Lead Counsel for the Class*

2