**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, BRYAN M. REASONS, GEORGE A. KEGLER, and MATTHEW K. HARBAUGH<br><br>    Defendants. | Case No.: 1:19-cv-07030-ER<br><br>Hon. Edgardo Ramos |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF TIMOTHY J. WILCOX FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Timothy J. Wilcox ("Movant") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certification signed by Movant attesting to his purchases of Mallinckrodt Public Limited Company ("MNK") securities;

Exhibit B:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in MNK securities;

1

Exhibit C:      Press Release published July 26, 2019, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Strougo v. Mallinckrodt Public Limited Company, et al.*, Case No. 1:19-cv-07030-ER.

Exhibit D:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 24, 2019                   Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*