# EXHIBIT B

| Client Name | Timothy J. Wilcox |
| --- | --- |
| Company Name | Mallinckrodt Public Limited Company |
| Ticker Symbol | MNK |
| Security Type | |
| Class Period Start | 2/28/2018 |
| Class Period End | 7/16/2019 |
| 90-DAY Lookback Period Start | 7/17/2019 |
| 90-DAY Lookback Period End | 9/24/2019 |
| 90-DAY Lookback Average | $ 04.58 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $124,711.37 |
| *DURA LIFO* Total* | $124,711.37 |
| Gross Shares Purchased | 10,000.00 |
| Net Shares Retained | 10,000.00 |
| Net Funds Expended | $ 170,557.20 |

Timothy J Wilcox

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-30-2018 | 5220 | $17.070 | $ 89,105.40 | | | | | | - | 5220 | 5220 | $ 04.58 | $ 23,931.52 | $ 65,173.88 | $ 65,173.88 |
| 05-30-2018 | 200 | $17.060 | $ 3,412.00 | | | | | | - | 200 | 200 | $ 04.58 | $ 916.92 | $ 2,495.08 | $ 2,495.08 |
| 05-30-2018 | 100 | $17.055 | $ 1,705.50 | | | | | | - | 100 | 100 | $ 04.58 | $ 458.46 | $ 1,247.04 | $ 1,247.04 |
| 05-30-2018 | 1000 | $17.050 | $ 17,050.00 | | | | | | - | 1000 | 1000 | $ 04.58 | $ 4,584.58 | $ 12,465.42 | $ 12,465.42 |
| 05-30-2018 | 2000 | $17.040 | $ 34,080.00 | | | | | | - | 2000 | 2000 | $ 04.58 | $ 9,169.17 | $ 24,910.83 | $ 24,910.83 |
| 05-30-2018 | 1380 | $17.030 | $ 23,501.40 | | | | | | - | 1380 | 1380 | $ 04.58 | $ 6,326.72 | $ 17,174.68 | $ 17,174.68 |
| 05-30-2018 | 100 | $17.029 | $ 1,702.90 | | | | | | - | 100 | 100 | $ 04.58 | $ 458.46 | $ 1,244.44 | $ 1,244.44 |
| Total: | 10,000.00 | | $ 170,557.20 | | | | | | | 10,000.00 | 10,000.00 | | $ 45,845.83 | $ 124,711.37 | $ 124,711.37 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.