UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ——————————————— x | |
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 1:19-cv-07030-ER |
| | : |
| | : <u>CLASS ACTION</u> |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, BRYAN M. REASONS, GEORGE A. KEGLER and MATTHEW K. HARBAUGH, | : |
| | : |
| | : |
| | : |
| Defendants. | : |
| | : |
| ——————————————— x | |

**NOTICE OF MOTION OF CANADIAN ELEVATOR INDUSTRY PENSION TRUST
FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that Canadian Elevator Industry Pension Trust Fund (the "Pension Trust Fund") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit 1): (i) appointing the Pension Trust Fund as Lead Plaintiff; (ii) approving the Pension Trust Fund's selection of the law firm of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, the Pension Trust Fund submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld, dated September 24, 2019.

DATED:  September 24, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_s/ David A. Rosenfeld_
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

-2-

-3-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD