# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | x<br>:<br>: | Civil Action No. 1:19-cv-07030-ER |
|  | : | CLASS ACTION |
| Plaintiff, | :<br>: |  |
| vs. | :<br>: |  |
| MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, BRYAN M. REASONS, GEORGE A. KEGLER and MATTHEW K. HARBAUGH, | :<br>:<br>:<br>:<br>: |  |
| Defendants. | :<br>: |  |
|  | x |  |

**[PROPOSED] ORDER APPOINTING CANADIAN ELEVATOR INDUSTRY PENSION TRUST FUND AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

Having considered the Motion of Canadian Elevator Industry Pension Trust Fund (the "Pension Trust Fund") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, the Memorandum of Law and Declaration of David A. Rosenfeld, in support thereof, and good cause appearing therefor:

1.      The Motion is GRANTED;

2.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the Pension Trust Fund is hereby appointed as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is hereby appointed as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE