UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-07030-ER |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | . |  |
| vs. | : |  |
|  | . |  |
| MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, BRYAN M. REASONS, GEORGE A. KEGLER and MATTHEW K. HARBAUGH, | : |  |
| Defendants. | : |  |

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF
MOTION OF CANADIAN ELEVATOR INDUSTRY PENSION TRUST FUND FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL**

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Canadian Elevator Industry Pension Trust Fund (the "Pension Trust Fund") and proposed lead counsel for the class in the above-captioned action.  I submit this Declaration in support of the motion of the Pension Trust Fund for appointment as lead plaintiff and approval of selection of lead counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *GlobeNewswire*, a national business-oriented wire service, on July 26, 2019;

Exhibit B:      The Pension Trust Fund's Sworn Certification; and

Exhibit C:      Chart of the Pension Trust Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of September, 2019, at Melville, New York.



*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD