# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Canadian Elevator Industry Pension Trust Fund** | 08/02/2018 | 80,305 | $23.25 | $1,866,786.09 | 07/24/2019 | 111,639 | $7.05 | $786,496.76 | |
| | 12/03/2018 | 18,381 | $23.92 | $439,743.37 | | | | | |
| | 12/04/2018 | 12,953 | $24.16 | $312,963.91 | | | | | |
| **Movant's Total** | | **111,639** | | **$2,619,493.37** | | **111,639** | | **$786,496.76** | **($1,832,996.61)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded to two decimal places.