# EXHIBIT A

**Mallinckrodt public limited company (2019)**
**Class Period: Feb 27, 2018 through Jul 16, 2019**

| Client | Purchase Date | Quantity | Price | Amount | Sale Date | Quantity | Price | Amount | Shares Retained | 69-Day* Mean Price $4.5852 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Smith, Delbert** | | | | | | | | | | | | |
| Account 1 | | | | | PreClass | 4,400 | | | | | | |
| Account 1 | 3/8/2018 | 2,500 | $16.3200 | ($40,800) | 6/25/2019 | (2,700) | $8.7401 | $23,598 | | | | |
| Account 1 | 3/20/2018 | 500 | $14.9499 | ($7,475) | | | | | | | | |
| Account 1 | 3/20/2018 | 500 | $14.9490 | ($7,475) | | | | | | | | |
| Account 1 | 3/20/2018 | 500 | $14.2100 | ($7,105) | | | | | | | | |
| Account 1 | 4/13/2018 | 976 | $13.5100 | ($13,186) | | | | | | | | |
| Account 1 | 5/4/2018 | 1,000 | $12.0200 | ($12,020) | | | | | | | | |
| Account 1 | 10/8/2018 | 250 | $25.5100 | ($6,378) | | | | | | | | |
| Account 1 | 1/23/2019 | 500 | $20.2600 | ($10,130) | | | | | | | | |
| Account 1 | 1/29/2019 | 500 | $21.4000 | ($10,700) | | | | | | | | |
| Account 1 | 2/20/2019 | 750 | $21.8600 | ($16,395) | | | | | | | | |
| Account 1 | 2/20/2019 | 1,000 | $21.4300 | ($21,430) | | | | | | | | |
| Account 1 | 4/29/2019 | 500 | $18.4696 | ($9,235) | | | | | | | | |
| Account 1 | 4/29/2019 | 500 | $18.4200 | ($9,210) | | | | | | | | |
| Account 1 | 4/30/2019 | 500 | $16.3095 | ($8,155) | | | | | | | | |
| Account 1 | 4/30/2019 | 500 | $15.7799 | ($7,890) | | | | | | | | |
| Account 1 | 5/1/2019 | 1,000 | $13.7500 | ($13,750) | | | | | | | | |
| Account 1 | 5/21/2019 | 500 | $9.2900 | ($4,645) | | | | | | | | |
| Account 1 | 5/21/2019 | 500 | $8.6900 | ($4,345) | | | | | | | | |
| **Account 1** | | **12,976** | | **($210,322)** | | **(2,700)** | | **$23,598** | **12,976** | **$59,498** | **($150,825)** | **($139,606)** |
| Account 2 | 3/8/2018 | 1,000 | $16.3000 | ($16,300) | 11/20/2018 | (500) | $28.0050 | $14,003 | | | | |
| Account 2 | 2/12/2019 | 1,000 | $21.9000 | ($21,900) | 11/20/2018 | (500) | $28.0001 | $14,000 | | | | |
| Account 2 | 4/29/2019 | 1,000 | $18.4600 | ($18,460) | | | | | | | | |
| Account 2 | 4/30/2019 | 1,000 | $15.8299 | ($15,830) | | | | | | | | |
| Account 2 | 5/1/2019 | 1,000 | $13.6900 | ($13,690) | | | | | | | | |
| **Account 2** | | **5,000** | | **($86,180)** | | **(1,000)** | | **$28,003** | **4,000** | **$18,341** | **($67,839)** | **($67,839)** |
| Account 3 | 2/12/2019 | 1,000 | $21.9800 | ($21,980) | | | | | | | | |
| Account 3 | 4/29/2019 | 1,000 | $18.4899 | ($18,490) | | | | | | | | |
| Account 3 | 4/30/2019 | 1,000 | $15.8100 | ($15,810) | | | | | | | | |
| Account 3 | 5/1/2019 | 1,000 | $13.7500 | ($13,750) | | | | | | | | |
| Account 3 | 6/3/2019 | 500 | $8.6700 | ($4,335) | | | | | | | | |
| **Account 3** | | **4,500** | | **($74,365)** | | | | | **4,500** | **$20,633** | **($53,731)** | **($53,731)** |
| Account 4 | 3/8/2018 | 1,000 | $16.2499 | ($16,250) | 11/20/2018 | (1,000) | $27.9701 | $27,970 | | | | |
| Account 4 | 2/12/2019 | 1,000 | $21.9400 | ($21,940) | | | | | | | | |
| Account 4 | 4/30/2019 | 500 | $15.8000 | ($7,900) | | | | | | | | |
| Account 4 | 6/3/2019 | 500 | $8.6700 | ($4,335) | | | | | | | | |
| **Account 4** | | **3,000** | | **($50,425)** | | **(1,000)** | | **$27,970** | **2,000** | **$9,170** | **($41,254)** | **($41,254)** |
| Account 5 | 10/3/2018 | 400 | $30.8300 | ($12,332) | 11/20/2018 | (8) | $27.8500 | $223 | | | | |
| Account 5 | 6/3/2019 | 500 | $8.6700 | ($4,335) | 11/20/2018 | (392) | $27.8400 | $10,913 | | | | |
| **Account 5** | | **900** | | **($16,667)** | | **(400)** | | **$11,136** | **500** | **$2,293** | **($14,374)** | **($14,374)** |
| Summary | | | | | | | | | | | | |
| Account 1 | | 12,976 | | ($210,322) | | (2,700) | | $23,598 | 12,976 | | ($150,825) | ($139,606) |
| Account 2 | | 5,000 | | ($86,180) | | (1,000) | | $28,003 | 4,000 | | ($67,839) | ($67,839) |
| Account 3 | | 4,500 | | ($74,365) | | 0 | | $0 | 4,500 | | ($53,731) | ($53,731) |
| Account 4 | | 3,000 | | ($50,425) | | (1,000) | | $27,970 | 2,000 | | ($41,254) | ($41,254) |
| Account 5 | | 900 | | ($16,667) | | (400) | | $11,136 | 500 | | ($14,374) | ($14,374) |
| **Smith, Delbert** | | **26,376** | | **($437,959)** | | **(5,100)** | | **$90,707** | **23,976** | | **($328,024)** | **($316,806)** |

*Avg Closing Prices from July 17, 2019 to September 23