CLOSED,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:19–cv–07030–ER

| | |
|---|---|
| Strougo v. Mallinckrodt Public Limited Company et al | Date Filed: 07/26/2019 |
| Assigned to: Judge Edgardo Ramos | Date Terminated: 07/30/2020 |
| Cause: 15:78j(b)ss Stockholder Suit | Jury Demand: Plaintiff |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Lead Plaintiff**

| | | |
|---|---|---|
| **Canadian Elevator Industry Pension Trust Fund** | represented by | **David Avi Rosenfeld** |

Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631–367–7100
Fax: 631–367–1173
Email: drosenfeld@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Gerard Capeci**
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
(516) 316–6068
Fax: (631) 367–1173
Email: mcapeci@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Strougo** | represented by | **Joseph Alexander Hood , II** |
| *Individually and On Behalf of All Others Similarly Situated* | | |

Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)–661–1100
Email: ahood@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)–661–1100
Fax: (212)–661–8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

| | | |
|---|---|---|
| **Dennis Dauenhauer** | represented by | **Lesley Frank Portnoy** |
| | | Glancy Prongay & Murray LLP |
| | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| | | 310−201−9150 |
| | | Fax: 310−201−9160 |
| | | Email: LPortnoy@glancylaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Brad Davis** | represented by | **Phillip C. Kim** |
| | | The Rosen Law Firm |
| | | 275 Madison Avenue |
| | | 40th Floor |
| | | New York, NY 10016 |
| | | 212−686−1060 |
| | | Fax: 212−202−3827 |
| | | Email: pkim@rosenlegal.com |
| | | *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Timothy J. Wilcox** | represented by | **Gregory Mark Nespole** |
| | | Levi & Korsinsky, LLP |
| | | 55 Broadway |
| | | 10th Floor |
| | | 10006 |
| | | New York, NY 10006 |
| | | 212−363−7500 |
| | | Email: gnespole@zlk.com |
| | | *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Delbert Smith** | represented by | **Jeremy Alan Lieberman** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Mallinckrodt Public Limited Company** | represented by | **David H. Kistenbroker** |
| | | Dechert LLP (Chicago) |
| | | 35 W. Wacker Drive, Suite 3400 |
| | | Chicago, IL 60601 |
| | | (312) 646−5800 |
| | | Fax: (312) 646−5858 |

Email: david.kistenbroker@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joni S. Jacobsen**
Dechert LLP (Chicago)
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 646–5800
Fax: (312) 646–5858
Email: joni.jacobsen@dechert.com
*ATTORNEY TO BE NOTICED*

**Melanie C MacKay**
Dechert LLP (Chicago)
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
(312)–646–5800
Fax: (312)–646–5858
Email: melanie.mackay@dechert.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Mark C. Trudeau** | represented by | **David H. Kistenbroker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joni S. Jacobsen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melanie C MacKay**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bryan M. Reasons** | represented by | **David H. Kistenbroker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joni S. Jacobsen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Melanie C MacKay**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **George A. Kegler** | represented by | **David H. Kistenbroker**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joni S. Jacobsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie C MacKay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew K. Harbaugh**                    represented by    **David H. Kistenbroker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joni S. Jacobsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie C MacKay**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2019 | Ï 1 | **FILING ERROR – PDF ERROR –** COMPLAINT against Matthew K. Harbaugh, George A. Kegler, Mallinckrodt Public Limited Company, Bryan M. Reasons, Mark C. Trudeau. (Filing Fee $ 400.00, Receipt Number ANYSDC–17324379)Document filed by Barbara Strougo. (Attachments: # 1 Certification, # 2 Schedule A)(Lieberman, Jeremy) Modified on 7/29/2019 (pne). (Entered: 07/26/2019) |
| 07/26/2019 | Ï 2 | CIVIL COVER SHEET filed. (Lieberman, Jeremy) (Entered: 07/26/2019) |
| 07/26/2019 | Ï 3 | **FILING ERROR SUMMONS NOT LINKED TO CORRESPONDING PLEADING–** REQUEST FOR ISSUANCE OF SUMMONS as to Mallinckrodt Public Limited Company, Mark C. Trudeau, Bryan M. Reasons, George A. Kegler, and Matthew K. Harbaugh, re: 1 Complaint,. Document filed by Barbara Strougo. (Lieberman, Jeremy) Modified on 7/30/2019 (pne). (Entered: 07/26/2019) |
| 07/29/2019 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Jeremy Alan Lieberman to RE–FILE Document No. 1 Complaint,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF attached for the Initial Pleading does not indicate what type of document is being filed (Complaint, Petition, etc.). Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. If the deficiency/deficiencies are not corrected within five (5) days per Amended Standing Order 15–mc–00131 this case will be administratively closed. Initial Pleading due by 8/5/2019. (pne)** (Entered: 07/29/2019) |
| 07/29/2019 | Ï 4 | COMPLAINT against Matthew K. Harbaugh, George A. Kegler, Mallinckrodt Public Limited Company, Bryan M. Reasons, Mark C. Trudeau. Document filed by Barbara Strougo. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Certification, # 2 Schedule A)(Lieberman, Jeremy) (Entered: 07/29/2019) |
| 07/30/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pne) (Entered: 07/30/2019) |
| 07/30/2019 | Ï | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pne) (Entered: 07/30/2019) |
| 07/30/2019 | Ï | Case Designated ECF. (pne) (Entered: 07/30/2019) |
| 07/30/2019 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: Barbara Strougo. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (pne) (Entered: 07/30/2019) |
| 07/30/2019 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Jeremy Alan Lieberman to RE–FILE Document No. 3 Request for Issuance of Summons. The filing is deficient for the following reason(s): the summons request is linked to a pleading that was not accepted by the Court. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pne) (Entered: 07/30/2019) |
| 07/30/2019 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Mallinckrodt Public Limited Company, Mark C. Trudeau, Bryan M. Reasons, George A. Kegler, and Matthew K. Harbaugh, re: 4 Complaint. Document filed by Barbara Strougo. (Lieberman, Jeremy) (Entered: 07/30/2019) |
| 07/31/2019 | Ï 6 | ELECTRONIC SUMMONS ISSUED as to Matthew K. Harbaugh, George A. Kegler, Mallinckrodt Public Limited Company, Bryan M. Reasons, Mark C. Trudeau. (dnh) (Entered: 07/31/2019) |
| 08/06/2019 | Ï 7 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Barbara Strougo. (Hood, Joseph) (Entered: 08/06/2019) |
| 08/06/2019 | Ï 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Barbara Strougo.(Hood, Joseph) (Entered: 08/06/2019) |
| 08/16/2019 | Ï 9 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Barbara Strougo. (Lieberman, Jeremy) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 10 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Barbara Strougo. (Lieberman, Jeremy) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 11 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Barbara Strougo. (Lieberman, Jeremy) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 12 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Barbara Strougo. (Lieberman, Jeremy) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 13 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Barbara Strougo. (Lieberman, Jeremy) (Entered: 08/16/2019) |
| 09/24/2019 | Ï 14 | |

| | | |
|---|---|---|
| | | MOTION to Appoint Counsel ., MOTION to Appoint Dennis Dauenhauer to serve as lead plaintiff(s) . Document filed by Dennis Dauenhauer. (Attachments: # 1 Text of Proposed Order)(Portnoy, Lesley) (Entered: 09/24/2019) |
| 09/24/2019 | 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Appoint Counsel . MOTION to Appoint Dennis Dauenhauer to serve as lead plaintiff(s) . . Document filed by Dennis Dauenhauer. (Portnoy, Lesley) (Entered: 09/24/2019) |
| 09/24/2019 | 16 | DECLARATION of Lesley F. Portnoy in Support re: 14 MOTION to Appoint Counsel . MOTION to Appoint Dennis Dauenhauer to serve as lead plaintiff(s) .. Document filed by Dennis Dauenhauer. (Attachments: # 1 Exhibit A– Press Release, # 2 Exhibit B – Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – GPM Firm Resume)(Portnoy, Lesley) (Entered: 09/24/2019) |
| 09/24/2019 | 17 | MOTION to Appoint Counsel *The Rosen Law Firm, P.A*.., MOTION to Appoint Brad Davis to serve as lead plaintiff(s) . Document filed by Brad Davis.(Kim, Phillip) (Entered: 09/24/2019) |
| 09/24/2019 | 18 | PROPOSED ORDER. Document filed by Brad Davis. Related Document Number: [Docket No. 17]. (Kim, Phillip) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/24/2019) |
| 09/24/2019 | 19 | MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Brad Davis to serve as lead plaintiff(s) . . Document filed by Brad Davis. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Firm Resume)(Kim, Phillip) (Entered: 09/24/2019) |
| 09/24/2019 | 20 | MOTION to Appoint Timothy J. Wilcox to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. Document filed by Timothy J. Wilcox. (Attachments: # 1 Text of Proposed Order)(Nespole, Gregory) (Entered: 09/24/2019) |
| 09/24/2019 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Appoint Timothy J. Wilcox to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. . Document filed by Timothy J. Wilcox. (Nespole, Gregory) (Entered: 09/24/2019) |
| 09/24/2019 | 22 | DECLARATION of Gregory M. Nespole in Support re: 20 MOTION to Appoint Timothy J. Wilcox to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*.. Document filed by Timothy J. Wilcox. (Attachments: # 1 Exhibit PSLRA Certification, # 2 Exhibit Loss Chart, # 3 Exhibit PSLRA Notice, # 4 Exhibit LK Resume)(Nespole, Gregory) (Entered: 09/24/2019) |
| 09/24/2019 | 23 | MOTION to Appoint Canadian Elevator Industry Pension Trust Fund to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Canadian Elevator Industry Pension Trust Fund. (Attachments: # 1 Exhibit 1– Proposed Order)(Rosenfeld, David) (Entered: 09/24/2019) |
| 09/24/2019 | 24 | MEMORANDUM OF LAW in Support re: 23 MOTION to Appoint Canadian Elevator Industry Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Canadian Elevator Industry Pension Trust Fund. (Rosenfeld, David) (Entered: 09/24/2019) |
| 09/24/2019 | 25 | DECLARATION of David A. Rosenfeld in Support re: 23 MOTION to Appoint Canadian Elevator Industry Pension Trust Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Canadian Elevator Industry Pension Trust Fund. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B– Certification, # 3 Exhibit C– Loss Chart)(Rosenfeld, David) (Entered: 09/24/2019) |
| 09/24/2019 | 26 | MOTION to Appoint Delbert Smith to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by Delbert Smith.(Lieberman, Jeremy) (Entered: 09/24/2019) |
| 09/24/2019 | 27 | PROPOSED ORDER. Document filed by Delbert Smith. Related Document Number: 26 . (Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: |

| | | |
|---|---|---|
| | | 09/24/2019) |
| 09/24/2019 | 28 | MEMORANDUM OF LAW in Support re: 26 MOTION to Appoint Delbert Smith to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Delbert Smith. (Lieberman, Jeremy) (Entered: 09/24/2019) |
| 09/24/2019 | 29 | DECLARATION of Jeremy A. Lieberman in Support re: 26 MOTION to Appoint Delbert Smith to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Delbert Smith. (Attachments: # 1 Exhibit A – Loss Chart, # 2 Exhibit B – Press Release, # 3 Exhibit C – Certification, # 4 Exhibit D – Firm Resume)(Lieberman, Jeremy) (Entered: 09/24/2019) |
| 09/25/2019 | Ï | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 27 Proposed Order was reviewed and approved as to form. (km) (Entered: 09/25/2019) |
| 09/25/2019 | Ï | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 18 Proposed Order was reviewed and approved as to form. (km) (Entered: 09/25/2019) |
| 10/07/2019 | 30 | NOTICE of Withdrawal re: 17 MOTION to Appoint Counsel *The Rosen Law Firm, P.A..* MOTION to Appoint Brad Davis to serve as lead plaintiff(s) .. Document filed by Brad Davis. (Kim, Phillip) (Entered: 10/07/2019) |
| 10/08/2019 | 31 | NOTICE of NON–OPPOSITION OF DELBERT SMITH TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL re: 26 MOTION to Appoint Delbert Smith to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Delbert Smith. (Lieberman, Jeremy) (Entered: 10/08/2019) |
| 10/08/2019 | 32 | NOTICE of Non–Opposition to the Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel. Document filed by Dennis Dauenhauer. (Portnoy, Lesley) (Entered: 10/08/2019) |
| 10/08/2019 | 33 | RESPONSE in Opposition to Motion re: 20 MOTION to Appoint Timothy J. Wilcox to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. . Document filed by Canadian Elevator Industry Pension Trust Fund. (Rosenfeld, David) (Entered: 10/08/2019) |
| 10/08/2019 | 34 | MOTION for David H. Kistenbroker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17739835. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew K. Harbaugh, George A. Kegler, Mallinckrodt Public Limited Company, Bryan M. Reasons, Mark C. Trudeau. (Attachments: # 1 Exhibit Certificate of Good Standing Illinois, # 2 Exhibit Certificate of Good Standing New York, # 3 Declaration in Support, # 4 Proposed Order)(Kistenbroker, David) (Entered: 10/08/2019) |
| 10/08/2019 | 35 | MOTION for Joni S. Jacobsen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17739905. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew K. Harbaugh, George A. Kegler, Mallinckrodt Public Limited Company, Bryan M. Reasons, Mark C. Trudeau. (Attachments: # 1 Certificate of Good Standing Illinois, # 2 Declaration in Support, # 3 Proposed Order)(Jacobsen, Joni) (Entered: 10/08/2019) |
| 10/08/2019 | 36 | MOTION for Melanie MacKay to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17739945. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew K. Harbaugh, George A. Kegler, Mallinckrodt Public Limited Company, Bryan M. Reasons, Mark C. Trudeau. (Attachments: # 1 Certificate of Good Standing Illinois, # 2 Declaration in Support, # 3 Proposed Order)(MacKay, Melanie) (Entered: 10/08/2019) |
| 10/09/2019 | Ï | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 36 MOTION for Melanie MacKay to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17739945. Motion and supporting papers to be reviewed by Clerk's Office staff., 34 MOTION for David H. Kistenbroker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt |

| | | |
|---|---|---|
| | | **number ANYSDC−17739835. Motion and supporting papers to be reviewed by Clerk's Office staff.**, **35** **MOTION for Joni S. Jacobsen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17739905. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/09/2019) |
| 10/15/2019 | 37 | NOTICE of Unopposed Motion of Canadian Elevator Industry Pension Trust Fund for Appointment as Lead Plaintiff and Approval of Selection of Counsel re: 30 Notice (Other), 31 Notice (Other), 32 Notice (Other). Document filed by Canadian Elevator Industry Pension Trust Fund. (Attachments: # 1 Proposed Order)(Rosenfeld, David) (Entered: 10/15/2019) |
| 11/15/2019 | 38 | ORDER granting 34 Motion for David H. Kistenbroker to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) Transmission to Attorney Services/Help Desk. (Entered: 11/15/2019) |
| 11/15/2019 | 39 | ORDER granting 35 Motion for Joni S. Jacobsen to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) Transmission to Attorney Services/Help Desk. (Entered: 11/15/2019) |
| 11/15/2019 | 40 | ORDER granting 36 Motion for Melanie MacKay to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) Transmission to Attorney Services/Help Desk. (Entered: 11/15/2019) |
| 11/27/2019 | 41 | NOTICE OF APPEARANCE by Michael Gerard Capeci on behalf of Canadian Elevator Industry Pension Trust Fund. (Capeci, Michael) (Entered: 11/27/2019) |
| 06/25/2020 | 42 | OPINION AND ORDER re: 23 MOTION to Appoint Canadian Elevator Industry Pension Trust Fund to serve as lead plaintiff(s). MOTION to Appoint Counsel filed by Canadian Elevator Industry Pension Trust Fund, 26 MOTION to Appoint Delbert Smith to serve as lead plaintiff(s) . MOTION to Approve Counsel filed by Delbert Smith, 14 MOTION to Appoint Counsel. MOTION to Appoint Dennis Dauenhauer to serve as lead plaintiff(s) filed by Dennis Dauenhauer, 17 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.* MOTION to Appoint Brad Davis to serve as lead plaintiff(s) filed by Brad Davis, 20 MOTION to Appoint Timothy J. Wilcox to serve as lead plaintiff(s) MOTION to Appoint Counsel *Levi & Korsinsky, LLP* filed by Timothy J. Wilcox. For the aforementioned reasons, the Pension Trust Fund's motion for appointment as lead plaintiff and approval of Robbins Geller as lead counsel is GRANTED. The Clerk of the Court is respectfully directed to terminate the corresponding motions, Docs. 14, 17, 20, 23, and 26. (Signed by Judge Edgardo Ramos on 6/25/2020) (mro) (Entered: 06/25/2020) |
| 07/09/2020 | 43 | LETTER MOTION for Conference addressed to Judge Edgardo Ramos from Michael G. Capeci dated July 9, 2020. Document filed by Canadian Elevator Industry Pension Trust Fund. (Attachments: # 1 Exhibit A – 2018 Form 10–K).(Capeci, Michael) (Entered: 07/09/2020) |
| 07/30/2020 | 44 | ORDER terminating 43 Letter Motion for Conference. Without objection, the Court transfers this case to the United States District Court for the District of New Jersey in the interests of justice and for the convenience of the parties. See 28 U.S.C. § 1404(a). (Signed by Judge Edgardo Ramos on 7/30/2020) (nb) Transmission to Office of the Clerk of Court for processing. (Entered: 07/31/2020) |
| 07/30/2020 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of New Jersey. (nb) (Entered: 08/06/2020) |