UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| MALLINCKRODT PUBLIC LIMITED COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

Civil Action No. 20-10100 (AET) (TJB)

Motion Day: December 21, 2020

ORAL ARGUMENT REQUESTED

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

TO: All Counsel of Record

**PLEASE TAKE NOTICE** the undersigned attorney for Defendants Mark C. Trudeau, Matthew K. Harbaugh, George A. Kegler, Bryan M. Reasons, Kathleen A. Schaefer, Angus C. Russell, Melvin D. Booth, JoAnn A. Reed, Paul R. Carter, and Mark J. Casey ("Individual Defendants"), and Mallinckrodt plc ("Mallinckrodt" or the "Company") (collectively "Defendants") shall move before this Court on December 21, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the undersigned counsel shall rely upon the Memorandum in Support of the Motion to Dismiss the Amended Complaint and the Declaration of David Kotler filed therewith, and all other pleadings filed in this action. A proposed form of Order is also submitted herewith. Oral argument is requested.

Dated: October 1, 2020

/s/ David A. Kotler
David A. Kotler (NJ 040701993)
502 Carnegie Center, Suite #104
Princeton, NJ 08540
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
David.Kotler@dechert.com

David H. Kistenbroker
Joni S. Jacobsen
Melanie C. MacKay
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile: (312) 646-5858
David.Kistenbroker@dechert.com
Joni.Jacobsen@dechert.com
Melanie.MacKay@dechert.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2020, Defendants' Motion to Dismiss the Amended Complaint and supporting documents were filed through the ECF system for electronic service to the registered participants.

/s/ David A. Kotler