**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BARBARA STROUGO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>    Defendants. | Case No.: 3:20-cv-10100-AET-TJB |

**NOTICE OF SUGGESTION OF PENDENCY OF**
**BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE BE ADVISED** that on October 12, 2020, Mallinckrodt plc and its affiliated debtors (collectively, the "Debtors")[1] commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code"). The Debtors' chapter 11 cases (the "Chapter 11 Cases") are now pending before The Honorable John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Mallinckrodt plc*, Case No. 20-12522.

**PLEASE BE FURTHER ADVISED** that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Chapter 11 Cases, the above-captioned action has been automatically stayed as against Debtor Defendant Mallinckrodt plc. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ."  11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed claims and noticing agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/Mallinckrodt or by contacting the proposed bankruptcy counsel for the Debtors: (i) Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: George Davis, George Klidonas, Andrew Sorkin, and Anupama Yerramalli (emails: george.davis@lw.com, george.klidonas@lw.com, andrew.sorkin@lw.com, and anu.yerramalli@lw.com.com); Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071, Attn: Jeffrey Bjork (email: jeff.bjork@lw.com); and Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn: Jason Gott (email: jason.gott@lw.com); and (ii) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins and Michael J. Merchant (emails: collins@rlf.com and merchant@rlf.com)).

3

Dated:  October 12, 2020

Respectfully Submitted,

/s/ David A. Kotler
David A. Kotler (NJ 040701993)
502 Carnegie Center, Suite #104
Princeton, NJ 08540
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
David.Kotler@dechert.com

David H. Kistenbroker
Joni S. Jacobsen
Melanie C. MacKay
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile: (312) 646-5858
David.Kistenbroker@dechert.com
Joni.Jacobsen@dechert.com
Melanie.MacKay@dechert.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify on this date I caused a true and complete copy of Defendant Mallinckrodt PLC's Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.

Dated: October 12, 2020　　　　　　　　　　　　　　／s／ David A. Kotler