

502 Carnegie Center
Suite 104
Princeton, NJ 08540
+1  609 955 3200  Main
+1  609 955 3259  Fax
www.dechert.com

DAVID  A. KOTLER

david.kotler@dechert.com
+1 609 955 3226  Direct
+1 609 873 9135  Fax

December 4, 2020

Hon. Anne E. Thompson
Clarkson S. Fisher Building & Us Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re:     *Strougo v. Mallinckrodt Public Limited Company et al*, 3:20-cv-10100-AET-TJB

Dear Judge Thompson:

We represent all Defendants in the above-referenced action ("Action").

On October 12, 2020, we filed a Notice by Mallinckrodt plc (the "Company") alerting
this Court that the Company and its affiliates commenced bankruptcy cases in the United
States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing
voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11
U.S.C. §§ 101-1532, et seq. (the "Bankruptcy Code").  The Notice further provided that
chapter 11 cases are now pending before The Honorable John T. Dorsey, United States
Bankruptcy Judge, and are being jointly administered under the caption *In re
Mallinckrodt plc*, Case No. 20-12522.  We further notified the Court that pursuant to
Section 362 of the Bankruptcy Code, the Action has been automatically stayed as against
Debtor Defendant Mallinckrodt plc.

Although this Action was automatically stayed as to Defendant Mallinckrodt plc, this
Action remained pending as to the remaining defendants (the "Individual Defendants") at
the time their responsive pleading became due.  The Individual Defendants thus timely
filed a motion to dismiss.  The Individual Defendants' reply in support of their motion to
dismiss the amended complaint is scheduled to be filed on December 16, 2020.
However, during a hearing on November 23, 2020, the Bankruptcy Court granted a
motion for supplemental injunctive relief staying this Action as to the Individual
Defendants ("Stay Order") (*see* Bk. Dkt. No. 164, 16, and 15).  The Court's ruling is
reflected in a Minute Order entered that day.



December 4, 2020Page 2

As a result of the foregoing, the Individual Defendants do not intend to file a reply in support of their motion to dismiss on December 16, 2020—the filing of which would violate the Bankruptcy Court's Stay Order. Individual Defendants will file a formal Notice once the bankruptcy court's written order is entered.

Respectfully submitted,

*/s/ David A. Kotler*

DAVID A. KOTLER


cc:     James Cecchi, Carella, Bryne, Cecchi, Olstein, Brody & Angello, P.C.
        David A. Rosenfeld, Robbins Geller Rudman & Dowd LLP