# EXHIBIT D

[ORAL ARGUMENT HELD SEPTEMBER 24, 2020]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

MALLINCKRODT ARD LLC,

       Plaintiff-Appellant

       v.

SEEMA VERMA, in her official capacity as
ADMINISTRATOR, CENTERS FOR MEDICARE
& MEDICAID SERVICES, and ALEX M. AZAR II,
in his official capacity as SECRETARY, UNITED
STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

       Defendants-Appellees

No. 20-5154

---

**JOINT STATUS REPORT**

Pursuant to this Court's order of November 17, 2020, we write to provide a status update to the Court. In March 2022, we reported that the parties had executed a settlement agreement concerning certain False Claims Act litigation under which appellant Mallinckrodt ARD has also agreed to voluntarily dismiss this appeal. We further explained that the agreement contemplates payment to resolve the False Claims Act litigation, and that Mallinckrodt will file a motion voluntarily dismissing this appeal, only after the effective date of the bankruptcy plan. Since our last report, there has been further progress towards the finalization of Mallinckrodt's bankruptcy,

but the effective date of the plan has not yet been reached.  Accordingly, we ask the

Court to maintain the abeyance order in this case.  We will provide a further status

report in sixty days, or sooner if circumstances warrant.


                                                    Respectfully submitted,


CATHERINE E. STETSON                 ABBY C. WRIGHT
SUSAN COOK                            /s/ *Joshua M. Salzman*
HOGAN LOVELLS US LLP                 JOSHUA M. SALZMAN
555 Thirteenth Street, N.W.             *Attorneys, Appellate Staff*
Washington, D.C. 20004                  *Civil Division, Room 7258*
(202) 637-5491                          *U.S. Department of Justice*
cate.stetson@hoganlovells.com           *950 Pennsylvania Avenue, N.W.*
                                        *Washington, D.C.  20530*
                                        *(202) 532-4747*


*Counsel for Mallinckrodt ARD LLC*     *Counsel for the Defendants-Appellees*


MAY 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I filed and served the foregoing with the

Clerk of the Court by causing a copy to be electronically filed via the appellate

CM/ECF system.  Participants in the case are registered CM/ECF users, and service

will be accomplished by the appellate CM/ECF system.

s/ Joshua M. Salzman
JOSHUA M. SALZMAN