# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 20-10100

## NOTICE OF BANKRUPTCY DISCHARGE

**PLEASE TAKE NOTICE** that on October 12, 2020, voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") were filed by Mallinckrodt plc and certain of its debtor affiliates (collectively, the "Reorganized Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the caption *In re Mallinckrodt plc*, Case No. 20-12522 (JTD) (the "Chapter 11 Cases").[1]

**PLEASE TAKE FURTHER NOTICE** that on March 2, 2022, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6660] in the Chapter 11 Cases, (the "Confirmation Order"), confirming the *Modified Fourth Amended Joint Plan of Reorganization (With Technical*

---

[1] A complete list of the debtors in the Chapter 11 Cases as well as the entire Chapter 11 Cases docket may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Mallinckrodt.

*Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 7670] (the "Plan"),[2] attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that substantial consummation (as that term is defined by Section 1101(2) of the Bankruptcy Code) took place, and the Effective Date with respect to the Plan occurred, on June 16, 2022. *See Notice of Occurrence of Effective Date of Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 7652], attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, as of the Effective Date, and without any further action by any Party, the discharge arising pursuant to Section 1141(d) of the Bankruptcy Code[3] of, among other things, Claims and Causes of Action, including with respect to the above-captioned proceeding, took effect. *See* Plan Article IX.A. The Plan and the discharge injunction enjoin any party from, among other things, commencing or continuing any action or other proceeding in connection with Claims or Interest, against the Reorganized Debtors. *See* Plan Article IX.G.

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Confirmation Order or the Plan (as applicable).

[3] Section 1141(d)(1) of the Bankruptcy Code, referenced and incorporated in the Plan as further detailed in **Exhibit A** attached hereto, provides: "Except as otherwise provided in this subsection, in the plan, or in the order confirming the plan, the confirmation of a plan: (A) discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of this title, whether or not: (i) a proof of the claim based on such debt is filed or deemed filed under section 501 of this title; (ii) such claim is allowed under section 502 of this title; or (iii) the holder of such claim has accepted the plan; and (B) terminates all rights and interests of equity security holders and general partners provided for by the plan."

2

DATED:  July 21, 2022

Respectfully submitted,

/s/ David A. Kotler
David A. Kotler (NJ 040701993)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
David.Kotler@dechert.com

David H. Kistenbroker
Joni S. Jacobsen
Melanie C. MacKay
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile: (312) 646-5858
David.Kistenbroker@dechert.com
Joni.Jacobsen@dechert.com
Melanie.MacKay@dechert.com

*Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this date I caused a true and complete copy of Defendant Mallinckrodt PLC's Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.

Dated: July 21, 2022                                  /s/ David A. Kotler