James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700

*Local Counsel for Lead Plaintiff*

Samuel H. Rudman
David A. Rosenfeld (*pro hac vice*)
Michael G. Capeci (*pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100

*Lead Counsel For Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 20-10100(MAS)(TJB)<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MALLINCKRODT PLC** |

Lead plaintiff Canadian Elevator Industry Pension Trust Fund ("Plaintiff") hereby voluntarily dismisses defendant Mallinckrodt plc ("Mallinckrodt" or the "Company") from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). A class has not been certified in this action, and Mallinckrodt has not served an answer or a motion for summary judgment.

As Plaintiff previously indicated to the Court, Mallinckrodt can no longer be a defendant in this action due to the approval of the Company's bankruptcy plan. *See* ECF No. 99 at 1. Thus, Plaintiff is filing this notice of voluntary dismissal to clearly delineate between Mallinckrodt – who can no longer be a defendant – and the Company's former officers and directors, *i.e.*, defendants Mark C. Trudeau, Matthew K. Harbaugh, George A. Kegler, Bryan M. Reasons, Kathleen A. Schaefer, Angus C. Russell, Melvin D. Booth, JoAnn A. Reed, Paul R. Carter, and Mark J. Casey (collectively, "Defendants"), whose status as Defendants in this action is unaffected by Mallinckrodt's bankruptcy approval.

Notwithstanding the voluntary dismissal of Mallinckrodt without prejudice, the question of the Company's liability under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") continues to be relevant. For example, Mallinckrodt's alleged violations of Section 10(b) are sufficient for control person liability under Section 20(a) of the Exchange Act to attach against Defendants. *See* ECF No. 84 at 39-40; *see also, e.g.*, *In re Able Labs. Sec. Litig.*, 2008 WL 1967509, at *28-*29 (D.N.J. Mar. 24, 2008); *Local 731 I.B. of T. Excavators and Pavers Pension Tr. Fund v. Swanson*, 2011 WL 2444675, at *14 (D. Del. June 14, 2011).

Plaintiff respectfully requests that the Court consider the foregoing in adjudicating Defendants' pending motion to dismiss.

DATED:  December 13, 2022

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
JAMES E. CECCHI

LINDSEY H. TAYLOR
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

*Local Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

**So Ordered this 14th day of December, 2022.**

**Honorable Michael A. Shipp, U.S.D.J.**