UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARBARA STROUGO, Individually and on
Behalf of All Others Similarly Situated.,

Plaintiff,

v.

MALLINCKRODT PUBLIC LIMITED
COMPANY, *et al.*,

Defendant.

Civil Action No. 20-10100 (MAS) (TJB)

**ORDER**

This class action matter comes before the Court on Defendants Mark C. Trudeau ("Trudeau"), Matthew K. Harbaugh ("Harbaugh"), George A. Kegler ("Kegler"), Bryan M. Reasons ("Reasons"), Kathleen A. Schaefer ("Schaefer"), Angus C. Russell ("Russell"), Melvin D. Booth ("Booth"), JoAnn A. Reed ("Reed"), Paul R. Carter ("Carter"), and Mark J. Casey's ("Casey") (collectively, "Defendants") Motion to Dismiss Lead Plaintiff Canadian Elevator Industry Pension Trust Fund's ("Plaintiff") Amended Complaint.[1] (ECF No. 79.) Plaintiff opposed (ECF No. 84) and Defendants replied (ECF No. 95). The Court has carefully reviewed the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and other good cause shown,

---

[1] The Court approved Mallinckrodt PLC's ("Mallinckrodt") Chapter 11 bankruptcy plan as of April 27, 2022, rendering it no longer a defendant in this matter by operation of law. (ECF No. 99; *see* ECF No. 104 (Order of voluntary dismissal of Mallinckrodt).)

**IT IS**, on this 16th day of December 2022, **ORDERED** as follows:

1.    Defendants' Motion to Dismiss (ECF No. 79) is **DENIED.**


/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE