DECHERT LLP
David A. Kotler
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
david.kotler@dechert.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>Defendants. | Civil Action No. 20-10100 (MAS)(TJB) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

WHEREAS on January 17, 2023, Ms. Allison M. Wuertz of the law firm Hogan Lovells US LLP filed an Answer on behalf of Defendants in the above-captioned matter and is now listed as lead counsel for Defendants on the case docket;

PLEASE TAKE NOTICE that pursuant to Rule 102.1 of the Local Rules of the United States District Court for the District of New Jersey, David A. Kotler of Dechert LLP hereby withdraws his appearance as counsel for Defendants.

2

| | |
|---|---|
| Dated: January 23, 2023 | DECHERT LLP<br>/s/ David A. Kotler<br>David A. Kotler (NJ 040701993)<br>1095 Avenue of the Americas<br>Three Bryant Park<br>New York, New York 10036<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3599<br>david.kotler@dechert.com<br><br>*Counsel for Defendants* |

2

## **Certificate of Service**

I hereby certify that on this date I caused a true and complete copy of the foregoing to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system. I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: January 23, 2023

DECHERT LLP
/s/ David A. Kotler
David A. Kotler (NJ 040701993)
1095 Avenue of the Americas
Three Bryant Park
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
david.kotler@dechert.com