James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700

*Local Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>Defendants. | Civil Action No. 20-10100(MAS)(TJB)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, local counsel for Lead Plaintiffs, and counsel for Defendants consenting hereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS day ___24th___ of May, 2023

ORDERED that Avital O. Malina is hereby admitted *pro hac vice* on behalf of Lead Plaintiff in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith; and it is further

805819v1

ORDERED that Avital O. Malina shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which she continues to appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

                                                    s/Tonianne J. Bongiovanni
                                                    Tonianne J. Bongiovanni, U.S.M.J.