CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
KEVIN G. COOPER
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

Local Counsel for Lead Plaintiff and Proposed Named Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>                Defendants. | No. 3:20-cv-10100 (RK) (TJB)<br><br>CLASS ACTION<br><br>ORDER GRANTING CITY OF SUNRISE POLICE OFFICERS' RETIREMENT PLAN'S UNOPPOSED MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 23(D) AND 24(B) |

The Court, upon consideration of the Unopposed Motion to Intervene Pursuant to Fed. R. Civ. P. 23(d) and 24(b) by Proposed Intervener City of Sunrise Police Officers' Retirement Plan ("Motion"), and good cause shown thereto, hereby grants the Motion.

ACCORDINGLY, IT IS ORDERED that:

1.     The Motion is granted; and

2.     City of Sunrise Police Officers' Retirement Plan is hereby appointed as a named plaintiff in the above-captioned action and may be proposed as a class representative in the forthcoming motion for class certification due on August 10, 2023.

\*      \*      \*

**ORDER**

DATED:

 

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE