# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re MALLINCKRODT plc, *et al.*

|  |  |  |
|---|---|---|
| Canadian Elevator Industry Pension Trust Fund, | ) ) ) | Bankruptcy Case No. 20-12522 (JTD) (Jointly Administered) |
| Appellant, | ) ) ) | Civil Action No. 22-cv-00328 (TLA) |
| vs. | ) ) | |
| MALLINCKRODT plc, | ) ) ) | Bankruptcy BAP No. 22-21 |
| Appellee. | ) ) ) ) | |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)

**ROBBINS GELLER RUDMAN & DOWD LLP**
JOSEPH D. DALEY
STEVEN F. HUBACHEK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
joed@rgrdlaw.com
shubachek@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
DAVID A. ROSENFELD
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

**JOYCE, LLC**
MICHAEL J. JOYCE (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: 302-388-1944
mjoyce@mjlawoffices.com

**EISEMAN LEVINE LEHRHAUPT & KAKOYLANNIS, P.C.**
LAURENCE MAY
805 Third Avenue
New York, NY. 10022
Telephone: (212) 752-1000
Facsimile: (212) 355-4608
lmay@eisemanlevine.com

March 29, 2022

Pursuant to Fed. R. Bankr. P. 8009(a) and Del. Bankr. L.R. 8009-1, Appellant Canadian Elevator Industry Pension Trust Fund (hereinafter "the Pension Trust Fund") hereby submits its designation of the record on appeal, together with all exhibits, attachments and documents incorporated by reference therein, and statement of the issues on appeal in connection with its appeal from the confirmation order [D.I. 6660] (the "Confirmation Order"), entered on March 2, 2022, by the United States Bankruptcy Court for the District of Delaware, confirming Debtors' Fourth Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 6066] with certain modifications.

<u>**DESIGNATION OF RECORD**</u>

Appellant Pension Trust Fund hereby designates the following pleadings and other documents as the record on appeal:

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 1 | Motion of Debtors for Entry of Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive, (IV) Approving the Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement, and Confirmation of Plan, and (VII) Granting Related Relief | 5/5/2021 | 2200 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 2 | Preliminary Objection of Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive, (IV) Approving the Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation of Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement, and Confirmation of Plan, and (VII) Granting Related Relief | 5/18/2021 | 2392 |
| 3 | Canadian Elevator Industry Pension Trust Funds Joinder to the Objections of the United States Trustee and Teva Pharmaceuticals USA, Inc. to Debtors Motion for an Order Approving Disclosure Statement | 5/26/2021 | 2567 |
| 4 | Chapter 11 Plan of Reorganization (Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code) | 6/8/2021 | 2767 |
| 5 | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 6/9/2021 | 2769 |
| 6 | Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 6/15/2021 | 2863 |
| 7 | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 6/15/2021 | 2864 |
| 8 | Minute Entry Re: Telephonic Hearing (Day #2) | 6/16/2021 | 2892 |
| 9 | Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 6/17/2021 | 2903 |
| 10 | Disclosure Statement for Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 6/17/2021 | 2904 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 11 | Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive, (IV) Approving the Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement, and Confirmation of Plan, and (VII) Granting Related Relief | 6/17/2021 | 2911 |
| 12 | Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code - Solicitation Version Filed by Mallinckrodt plc | 6/18/2021 | 2916 |
| 13 | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code - Solicitation Version | 6/18/2021 | 2917 |
| 14 | Affidavit/Declaration of Mailing of Ackheem Gray Regarding Notice to Former Shareholders | 7/6/2021 | 3129 |
| 15 | Debtors' Second Omnibus Objection to Certain Claims | 7/12/2021 | 3189 |
| 16 | Affidavit/Declaration of Mailing of James Daloia Regarding Solicitation Materials | 7/13/2021 | 3210 |
| 17 | Memorandum of Law of the Canadian Elevator Industry Pension Trust Fund In Opposition to Confirmation of The Joint Plan of Reorganization of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 9/1/2021 | 4090 |
| 17-1 | Declaration of Laurence May | 9/1/2021 | 4090-1 |
| 17-2 | Exhibit A to the Declaration of Laurence May | 9/1/2021 | 4090-2 |
| 17-3 | Exhibit B to the Declaration of Laurence May | 9/1/2021 | 4090-3 |
| 17-4 | Exhibit C to the Declaration of Laurence May | 9/1/2021 | 4090-4 |
| 17-5 | Exhibit D to the Declaration of Laurence May | 9/1/2021 | 4090-5 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 17-6 | Certificate of Service | 9/1/2021 | 4090-6 |
| 18 | Objection to Confirmation of Plan Filed by United States of America (Internal Revenue Service) | 9/3/2021 | 4123 |
| 19 | Supplemental Objection to Confirmation of Plan Filed by US Securities and Exchange Commission | 9/3/2021 | 4148 |
| 20 | Order Sustaining Debtors' Second Omnibus Objection to Certain Claims | 9/14/2021 | 4266 |
| 21 | Amended Chapter 11 Plan (First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code) | 9/29/2021 | 4508 |
| 22 | Official Committee of Unsecured Creditors Preliminary Witness List for Plan Confirmation Hearing | 10/8/2021 | 4633 |
| 23 | Debtors' Preliminary Witness List for Plan Confirmation Hearing | 10/8/2021 | 4635 |
| 24 | First Amendment to the Order Establishing Confirmation Schedule and Protocols | 10/21/2021 | 4864 |
| 25 | Declaration of James Daloia of Prime Clerk LLC in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 10/26/2021 | 4999 |
| 26 | Debtors' (A) Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation | 10/27/2021 | 5016 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 27 | Order Granting Debtors' Motion for Entry of an Order Authorizing Debtors to Exceed the Applicable Page Limit with Respect to (I) Debtors' (A) Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation and (II) Debtors' (A) Memorandum of Law in Support of Reinstatement or Alternative Treatment of First Lien Notes and (B) Reply in Further Support of Objection to First Lien Notes Makewhole Claim | 10/27/2021 | 5026 |
| 28 | Notice of Filing of Proposed Final Pretrial Order for Phase I of the Plan Confirmation Hearing | 10/27/2021 | 5041 |
| 29 | Final Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 10/31/2021 | 5087 |
| 30 | Notice of Withdrawal of Limited Objection of MLC Automotive, LLC to Debtors' Notice of Filing of Exhibit V to Plan Supplement with Respect to Executory Contracts and Unexpired Leases of the Debtors | 11/1/2021 | 5090 |
| 31 | Supplemental Notice of Agenda of Matters Scheduled for Hearing Filed by Mallinckrodt plc | 11/2/2021 | 5121 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 32 | Affidavit/Declaration of Mailing of Joseph Ledwin Regarding Final Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code, Notice of Filing of Amended Exhibit T (Form of Indenture for New Second Lien Notes) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code), Notice of Revised Proposed Final Pretrial Order for Phase I of the Plan Confirmation Hearing, Amended Notice of Agenda of for Video Hearing Scheduled for November 1, 2021 at 10:00 a.m. (Prevailing Eastern Time), Before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware, Notice of Supplemental Agenda for Video Hearing Scheduled for November 2, 2021 at 3:00 p.m. (Prevailing Eastern Time), Before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware, Declaration in Support of Employment of Gowling WLG (Canada) LLP as Professional Utilized in the Ordinary Course of Business, and Tenth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from July 1, 2021 to July 31, 2021 | 11/4/2021 | 5175 |
| 33 | Declaration of Frederic W. Selck in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code | 11/16/2021 | 5355 |
| 34 | Second Amended Joint Plan of Reorganization of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 12/2/2021 | 5636 |
| 35 | Transcript regarding Hearing Held 12/6/2021 Re: Trial Phase II (Day 1) | 12/9/2021 | 5729 |
| 36 | Transcript regarding Hearing Held 12/7/2021 Re: Trial Phase II (Day 2) | 12/9/2021 | 5730 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 37 | Transcript regarding Hearing Held 12/14/2021 Re: Trial Phase | 12/16/2021 | 5819 |
| 38 | Transcript regarding Hearing Held 12/15/21 Re: Phase II – Confirmation | 12/17/2021 | 5845 |
| 39 | Supplemental Post Hearing Memorandum of Law of The Canadian Elevator Industry Pension Fund in Further Opposition to the Amended Joint Plan of Reorganization of Mallinckrodt PLC and Its Debtor Affiliates and in Response to the Debtors Memorandum of Law in Support of Confirmation of the Plan | 12/21/2021 | 5887 |
| 39-1 | Appendix A (Transcript of Testimony of Steven Welch, December 6 and 7, 2021) | 12/21/2021 | 5887-1 |
| 39-2 | Appendix B (Transcript of Testimony of James Daloia, November 4, 2021) | 12/21/2021 | 5887-2 |
| 39-3 | Certificate of Service | 12/21/2021 | 5887-3 |
| 40 | Third Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 12/29/2021 | 6006 |
| 41 | Debtors' Reply to the Supplemental Post Hearing Memorandum of Law of the Canadian Elevator Industry Pension Fund in Further Opposition to the Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates | 12/31/2021 | 6013 |
| 42 | Debtors' Motion for an Order Granting the Debtors Leave to File Reply to the Supplemental Post Hearing Memorandum of Law of the Canadian Elevator Industry Pension Fund in Further Opposition to the Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates | 12/31/2021 | 6014 |
| 43 | Transcript regarding Hearing Held 12/17/2021 Re: Confirmation Phase II | 1/4/2022 | 6033 |
| 44 | Supplemental Notice of Agenda of Matters Scheduled for Hearing Filed by Mallinckrodt plc | 1/4/2022 | 6047 |

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 45 | Transcript regarding Hearing Held 12/16/21 Re: Confirmation Hearing Phase II | 1/5/2022 | 6049 |
| 46 | Transcript regarding Hearing Held 01/04/22 Re: Closing Arguments | 1/5/2022 | 6051 |
| 47 | Transcript regarding Hearing Held 01/03/22 Re: Closing Arguments | 1/5/2022 | 6052 |
| 48 | Fourth Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 1/6/2022 | 6066 |
| 49 | Notice of Rescheduled Hearing - Notice of Delay of Start Time for January 6, 2022 Hearing to 1:00 p.m. | 1/6/2022 | 6070 |
| 50 | Minute Entry Re: Confirmation Hearing (Closing Arguments – Day #3) | 1/6/2022 | 6084 |
| 51 | Transcript regarding Hearing Held 01/06/22 Re: Closing Arguments | 1/10/2022 | 6101 |
| 52 | Notice of Filing of Amended Exhibit 5 (List of Released Co-Defendants) to the Fourth Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 1/14/2022 | 6165 |
| 53 | Order Granting the Debtors Leave to File Reply to the Supplemental Post Hearing Memorandum of Law of the Canadian Elevator Industry Pension Fund in Further Opposition to the Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates | 1/18/2022 | 6175 |
| 54 | Opinion Re: Confirmation | 2/3/2022 | 6347 |
| 55 | Opinion (Revised) Re: Confirmation | 2/8/2022 | 6378 |
| 56 | Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 2/18/2022 | 6510 |

- 8 -

| Item No. | Title of Document | Date | Docket No. |
|---|---|---|---|
| 57 | Transcript regarding Hearing Held 02/22/22 Re: Shenk Settlement Motion | 2/23/2022 | 6607 |
| 58 | Certification of Counsel Regarding Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinkcrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 3/1/2022 | 6658 |
| 59 | Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 3/2/2022 | 6660 |
| 60 | Notice of Appeal | 3/15/2022 | 6758 |

## STATEMENT OF ISSUES ON APPEAL

Appellant Pension Trust Fund submits the following statement of the issues on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1. Whether, in light of the fact that Appellant Pension Trust Fund is the court-appointed "lead plaintiff" in a putative securities class action pending in the United States District Court for the District of New Jersey captioned *Barbara Strougo v. Mallinckrodt Public Limited Company*, et al., Case No. 20-cv-10100, and charged with prosecuting that action on behalf of the putative class while protecting their interests, the Bankruptcy Court erred in refusing to permit the Pension Trust Fund to opt out of third-party releases—for which there is no consideration given—on behalf of the *Strougo* Class.

2. Whether the Bankruptcy Court erred in holding that the third-party releases here are permitted under the Bankruptcy Code.

3. If the Bankruptcy Code permits third-party releases, whether the releases here are nonetheless invalid as non-consensual.

- 9 -

4. If the Bankruptcy Code permits third-party releases, whether the releases here are nonetheless invalid because the *Strougo* Plaintiffs never received notice: (i) of their right to opt out; and (ii) that their failure to opt out would result in third-party releases being imposed upon them for no consideration.

5. Whether the plan is discriminatory because it carved out from the third-party releases that it imposes the class-action plaintiffs in a securities action pending in the United States District Court for the District of Columbia captioned *Shenk v. Mallinckrodt plc*, No. 1:17-cv-00145-DLF (D.D.C.), but not the *Strougo* Plaintiffs.

6 Whether the Bankruptcy Court erred in finding that the third-party releases were consensual.

7 Whether the Bankruptcy Court erred in finding that members of Class 13 under the Plan could be deemed to have manifested consent to the Plan without receiving actual notice of the right to opt-out of the releases.

8. Whether the Bankruptcy Court erred, in light of the undisputed evidentiary record that the opt-out notice was not sent to members of Class 13 as required by the Disclosure Statement Order, in finding that notice to holders of Class 13 claims was sufficient and comported with due process.

9 Whether the Bankruptcy Court erred in holding that there was "persuasive evidence that those who did not opt out intended for their silence to indicate their consent" as to holders of claims in Class 13 when holders of claims in that class did not receive actual notice as directed by the Court in the Disclosure Statement Order.

DATED: March 29, 2022

**JOYCE, LLC**

/s/ *Michael J. Joyce*
Michael J. Joyce (No 4563)
1225 King Street,
Suite 800
Wilmington, DE 19801
Telephone: 302-388-1944
mjoyce@mjlawoffices.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
JOSEPH D. DALEY
(*pro hac vice* pending)
STEVEN F. HUBACHEK
(*pro hac vice* pending)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
joed@rgrdlaw.com
shubachek@rgrdlaw.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
DAVID A. ROSENFELD
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

**EISEMAN LEVINE LEHRHAUPT
& KAKOYLANNIS, P.C.**
LAURENCE MAY
805 Third Avenue
New York, NY. 10022
Telephone: (212) 752-1000
Facsimile: (212) 355-4608
lmay@eisemanlevine.com

*Counsel to the Canadian Elevator Industry
Pension Trust Fund*

- 11 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2022, I caused a true and correct copy of the foregoing *Designation of Record and Statement of Issues on Appeal Pursuant to Fed. R. Bankr. P. 8009(A)* to be electronically filed the with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in case no. 20-12522 (JTD) in accordance with Del. Bankr. L. R. 9036-1.

Dated: March 29, 2022

*/s/ Michael Joyce*
Michael J. Joyce