# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              .   Chapter 11
                                    .
                                    .   Case No. 20-12522 (JTD)
MALLINCKRODT PLC, *et al.*,          .
                                    .
                                    .   Courtroom No. 5
                                    .   824 North Market Street
                                    .   Wilmington, Delaware 19801
                                    .
                      Debtors.      .   Monday, December 6, 2021
. . . . . . . . . . . . . . . . . . .   9:30 A.M.

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

**TRIAL PHASE II (DAY #1)**

APPEARANCES:

For the Debtors:        Michael Merchant, Esquire
                        RICHARDS LAYTON & FINGER P.A.
                        Rodney Square
                        1000 North King Street
                        Wilmington, Delaware 19801

                        - and -

                        Betsy Marks, Esquire
                        Christopher Harris, Esquire
                        LATHAM & WATKINS LLP
                        1271 Avenue of the Americas
                        New York, New York 10020

Audio Operator:         Jermaine Cooper, ECRO

Transcription Company:  Reliable
                        1007 N. Orange Street
                        Wilmington, Delaware 19801
                        (302)654-8080
                        Email:  gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

Q    Okay.  And does that include the officers, directors, advisors, and key cast constituents, including the committees?

A    Yes.  I believe there are 17 different kind of categories of released parties.

Q    Okay.  We'll get to those in a minute.

Are there any exclusions from the debtor release?

A    Yes.  The debtors' release expressly excludes any claims of actual fraud, gross negligence, or wilful misconduct.

Q    Did many of the parties supporting the plan condition their acceptance of the plan on the grant of the debtor release?

A    Yes.  It was always part of the negotiated deal.

Q    Okay.  Do you know who?

A    The -- the OCC, the Ad Hoc Governmental Opioid Claimants, you know, the RSA parties, you know, basically all the parties that are listed as released parties.  Along the way, you know, the expectation was that these releases would be made.  They've been narrowly tailored to -- to fit the -- the facts of this case.

Q    And what steps did the debtors take to ensure that the debtor release was appropriate?

A    The debtors undertook two independent investigations, conducted by independent directors who had competent advice and counsel.  So there was an investigation conducted by the