# EXHIBIT I

UNITED STATED DISTRICT COURT

DISTRICT OF NEW JERSEY


BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,
        Plaintiff


Civil Action No: 3:20-cv-10100-RK-TJB

vs.

MALLINCKRODT PUBLIC LIMITED COMPANY, et al.
        Defendants.


  30(b)(6) DEPOSITION OF GREGORY MANION

      TAKEN PURSUANT TO NOTICE

     ON JULY 18, 2023 at 9:00 a.m.


         *** CONFIDENTIAL ***


Reporter: Angela Grinsven, CSR,

      Commissioner of Oaths

Videographer:  Ronald Eckstein, CIM, CCVS, CDVS

GREGORY MANION  30(b)(6), Confidential                                          July 18, 2023
Barbara Strougo vs Mallinckrodt Public Ltd. Co.                                              2

A P P E A R A N C E S:

Attorney for Plaintiff:

MICHAEL CAPECI
MIA BORNSTEIN
NATALIE BONO
    Robbins Geller Rudman & Dowd, LLP
     2 Duane St #7,
    New York, NY 10007161
     212-693-1058
    mcapeci@rgrdlaw.com


Attorney for Defendants:

MAURO ALLEN
ALLISON WUERTZ
        Hogan Lovells
        390 Madison Avenue
         New York, NY 10017
        212-918-3000
         allison.wuertz@hoganlovells.com
        mauro.allen@hoganlovells.com

GREGORY MANION  30(b)(6), Confidential
Barbara Strougo vs Mallinckrodt Public Ltd. Co.

July 18, 2023
4

INDEX  OF  EXHIBITS

NO.        DESCRIPTION                    PAGE

EXHIBIT NO. 1:  Notice of Deposition          15
EXHIBIT NO. 2:  Document commencing Bates
            CEIPTF 0058925            33
EXHIBIT NO. 3:   Document commencing Bates
            CEIPTF 000496            40
EXHIBIT NO. 4:  Document Commencing Bates
            CEIPTF 0005636
EXHIBIT NO. 5:  Document commencing Bates
            CEIPTF 0005959            53
EXHIBIT NO. 6:  Document commencing Bates
            CEIPTF 0009233            57
EXHIBIT NO. 7:  Document commencing Bates CEIPTF
0006400                    66
EXHIBIT NO. 8:  Bates  CEIPTF 0005186.       70
EXHIBIT NO. 9:  Bates CEIPTF 0007155         77
EXHIBIT NO. 10:  Bates CEIPTF 0007661        88
EXHIBIT NO. 11:  Amended Complaint filed in
action                    92
EXHIBIT NO. 12:   8-K filed by Mallinckrodt
with the Securities and Exchange Commission
on May 21, 2019                104
EXHIBIT NO. 13: Document No. 4090 in Case No.
20-12522-JTD in the United States Bankruptcy
Court for the District of Delaware        107
EXHIBIT NO. 14: Document No. 6378 in Case No.
20-12522-JTD in the United States Bankruptcy
Court for the District of Delaware        108
EXHIBIT NO. 15:  Document No. 6758 in Case No.
20-12522-JTD in the United States Bankruptcy
Court for the District of Delaware        109
EXHIBIT NO. 16:  stipulated dismissal of the
        appeal                110
EXHIBIT NO. 17:  Document commencing Bates
            CEIPTF 0010095            115
EXHIBIT NO. 18:  Bates CEIPTF 0009644        120
EXHIBIT NO. 19:  Bates CEIPTF 0009659        131
EXHIBIT NO. 20:  Document commencing Bates
CEIPTF 0009737                141
EXHIBIT NO. 21:  Document commencing Bates
        CEIPTF 0009826            147
EXHIBIT NO. 22:  Document commencing Bates
            CEIPTF 0009921            151
EXHIBIT NO. 23:  Document commencing Bates
            CEIPTF 0010012            153
EXHIBIT NO. 24:  Document commencing Bates
            CEIPTF 0058932            158