# EXHIBIT J

**In the Matter Of:**

STROUGO V. MALLINCKRODT, ET AL.

3:20-cv-10100-RK-TJB

**DAVID WILLIAMS**

*August 17, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARBARA STROUGO, individually and on
Behalf of All Others Similarly Situated,

          Plaintiff,                    Civil Action No.:
                                   3:20-cv-10100-RK-TJB

v.

MALLINCKRODT PUBLIC LIMITED
COMPANY, et al.,

          Defendants.
_____/

          VIDEOTAPED DEPOSITION OF DAVID WILLIAMS

               Thursday, August 17, 2023
                  10:02 - 1:21 p.m.

               225 NE Mizner Boulevard
                     Suite 720
               Boca Raton, Florida 33432

Reported By:
Rachel W. Bridge, RMR, CRR
Esquire Deposition Solutions
Job #10095645



```
                            -   -   -
                          I N D E X
                            -   -   -

WITNESS:              DIRECT   CROSS   REDIRECT   RECROSS

DAVID WILLIAMS

   By Ms. Allen         5




                          -   -   -
                    E X H I B I T S
                          -   -   -

DEFENDANT'S    DESCRIPTION                              PAGE
```

Exhibit  1    Notice of Deposition                      13

Exhibit  2    Retirement Plan Engagement Agreement      22

Exhibit  3    5-30-23 letter to D. Williams             25

Exhibit  4    Investment Policy, February 2011          34

Exhibit  5    Investment Management Agreement           44

Exhibit  6    Amended Complaint                         55

Exhibit  7    Retirement Plan-Mutual of America         57

Exhibit  8    Exhibit A                                 61

Exhibit  9    Form 8-K, Mallinckrodt                    65

Exhibit 10    8-10-17 Board Meeting Minutes             70

Exhibit 11    2-8-18 Board Meeting minutes              73

Exhibit 12    11-8-18 Board Meeting Minutes             74

Exhibit 13    8-12-19 Board Meeting Minutes             76

Exhibit 14    5-8-23 Board Meeting Minutes              78

Exhibit 15    Public Notice of Meeting 7-10-23          79



MS. ALLEN:  Is now a good time to break for lunch?

MR. CAPECI:  Sure.

THE VIDEOGRAPHER:  We are going off the record at 12:30 p.m.

(A lunch recess was taken.)

THE VIDEOGRAPHER:  We are back on the record at 1:18 p.m.

BY MS. ALLEN:

Q.   Okay.  Could you pull out Exhibit 9.  I just have a follow-up question on that one.

So if you recall, this is a Securities and Exchange filing that Mallinckrodt made on May 21, 2019. It contains a press release about a litigation that Mallinckrodt filed.

I know you testified earlier that you hadn't seen this document before, but I was wondering is the Plan aware of the litigation that is referenced in this press release?

A.   No, ma'am.

MR. CAPECI:  Objection. You can answer.

THE WITNESS:  No, ma'am.

BY MS. ALLEN:

Q.   So is the Plan aware that Mallinckrodt filed for Chapter 11 bankruptcy in October of 2020?



MR. CAPECI:  Objection, asked and answered.

You can answer.

THE WITNESS:  We learned of it in May, yes.

BY MS. ALLEN:

Q.  Okay.  Do you know what effect that had on this case?

A.  They, the company themselves was removed from the case.

Q.  Anything else?

A.  The case was stayed for a year and a half until the matter was resolved.

Q.  Okay.  And to the best of your knowledge, did the Plan have to take any action to preserve or protect its claims in this case in relation to the bankruptcy?

A.  That's beyond my pay grade, so I can't answer that.

Q.  Okay.  Are you aware of whether the Plan filed an opt-out to the bankruptcy plan?

MR. CAPECI:  Objection.  You can answer.

THE WITNESS:  No.

BY MS. ALLEN:

Q.  You're not aware?

A.  No, there was nothing filed.

Q.  Okay.  Is the Plan aware of whether the Canadian Elevator Industry Pension Trust Fund filed a



proof of claim on behalf of the class in this action?

A.   Involving the bankruptcy?

Q.   Uh-huh, if they filed anything in the bankruptcy.

A.   Yes, they were involved in that case, as far as I know.

Q.   Do you know what happened with respect to their involvement in that case?

A.   My understanding is they still have standing in the case with the defendants, absent of the company.

MS. ALLEN:  Okay.  All right, I think that's all I have for you.

Do you have anything?

MR. CAPECI:  No, no questions.  We'll keep it open for read and sign, but otherwise, the deposition is closed.

Thank you so much for your time.

THE WITNESS:  My pleasure.  Thank you.

THE VIDEOGRAPHER:  We're going off the record at 1:21 p.m.

(Witness excused.)

(Deposition was concluded at 1:21 p.m.)

