# EXHIBIT L

CARELLA, BYRNE, CECCHI,
   BRODY & AGNELLO, P.C.
JAMES E. CECCHI
LINDSEY H. TAYLOR
KEVIN G. COOPER
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
kcooper@carellabyrne.com

Local Counsel for Lead Plaintiff and Proposed Named Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:20-cv-10100-RK-TJB |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | PLAINTIFF'S AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) |
| MALLINCKRODT PUBLIC LIMITED COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## I.     Preliminary Statement

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of New Jersey, Lead Plaintiff Canadian Elevator Industry Pension Trust Fund ("Plaintiff"), on behalf of the putative class, submits these amended initial disclosures.  These amended initial disclosures are made without waiver of the attorney-client privilege or work product protection, or any other applicable privilege, and are not a concession that such information is relevant or admissible at trial.

These amended initial disclosures are based on information reasonably available to Plaintiff at this time.  Plaintiff's investigation is continuing and not yet complete, and discovery may reveal additional documents, individuals, and/or entities likely to have discoverable information that Plaintiff may use to support the claims alleged in the operative Amended Complaint (ECF No. 56, the "Complaint").  Plaintiff incorporates by reference herein any other individuals and entities identified by any other party to this litigation.  Plaintiff reserves the right to modify or supplement the information contained in these amended disclosures.  Plaintiff provides contact information where known, but does not make representations as to the accuracy of such information, particularly with respect to any third parties.

## II.     Persons Who May Have Discoverable Information Under Fed. R. Civ. P. 26(a)(1)(A)(i)

Plaintiff believes the individuals and entities named herein may have discoverable information, as that term is used in Rule 26(a)(1) of the Federal Rules of Civil Procedure, concerning the allegations in the Complaint.

### A.     Plaintiff and Proposed Named Plaintiff

Plaintiff believes the following entities may have discoverable information concerning the purchase and sale of Mallinckrodt plc ("Mallinckrodt") common stock by Plaintiff and by

proposed named plaintiff City of Sunrise Police Officers' Retirement Plan ("COSPORP"). The following entities may also have discoverable information concerning Plaintiff's and COSPORP's participation in this action.

| # | Name | Contact Information |
|---|------|---------------------|
| 1 | Canadian Elevator Industry Pension Trust Fund (Plaintiff) | c/o Robbins Geller Rudman & Dowd LLP 58 South Service Road, Suite 200 Melville, NY 11747 |
| 2 | Mackenzie Investments (Plaintiff's Investment Manager) | 180 Queen Street West Toronto, ON M5V 3K1 Canada |
| 3 | RBC Investor & Treasury Services (Plaintiff's Custodial Bank) | 155 Wellington Street West, 10th Floor Toronto, ON M5V 3L3 Canada |

| # | Name | Contact Information |
|---|------|---------------------|
| 1 | City of Sunrise Police Officers' Retirement Plan (Proposed Named Plaintiff) | 13790 NW 4 Street, Suite 105 Sunrise, FL 33325 |
| 2 | Mutual of America Capital Management Corporation (COSPORP's Investment Manager) | 320 Park Avenue New York, NY 10022 |
| 3 | Fiduciary Trust International of the South (COSPORP's Custodial Bank) | 2 Alhambra Plaza, Penthouse #1 Coral Gables, FL 33134 |

### B.    Defendants

Defendants are likely to have discoverable information regarding the subject matter of Plaintiff's claims as alleged in the Complaint and any purported defenses, including documents responsive to Plaintiff's forthcoming requests for production.

Defendants are:

| # | Name | Contact Information |
|---|------|---------------------|
| 1 | Booth, Melvin D. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 2 | Carter, Paul R. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 3 | Casey, Mark J. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 4 | Harbaugh, Matthew K. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 5 | Kegler, George A. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 6 | Reasons, Bryan M. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 7 | Reed, JoAnn A. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 8 | Russell, Angus C. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 9 | Schaefer, Kathleen A. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 10 | Trudeau, Mark C. | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |

**C.** **Mallinckrodt and Current and Former Directors, Executives, and Employees of Mallinckrodt**

Mallinckrodt, as well as the following current and former directors, executives, employees, and representatives of Mallinckrodt, may have information that Plaintiff may use to support the claims alleged in the Complaint, including, *inter alia*, the following general categories of information: (1) Defendants' public statements; (2) Mallinckrodt's participation in the drug rebate program overseen by the Centers for Medicare and Medicaid Services ("CMS"); (3) the base date average manufacturer's price ("AMP") for H.P. Acthar Gel ("Acthar"); (4) Medicaid rebates for Acthar; (5) Mallinckrodt's public relations strategies and practices; (6) the hiring and departures of Mallinckrodt executives and employees; (7) Mallinckrodt's bankruptcy filing in October 2020; (8) Mallinckrodt's accounting practices, internal controls, and compliance with GAAP and the Sarbanes-Oxley Act of 2002; (9) Mallinckrodt's reported net sales, liabilities and earnings and compliance with Accounting Standards Codification ("ASC") Topic 450; (10) audits and/or review of Mallinckrodt's accounting, internal controls, and/or compliance; (11) Mallinckrodt's acquisition of Questcor Pharmaceuticals, Inc. ("Questcor"), and the due diligence process related thereto;    (12) information concerning *Mallinckrodt ARD LLC v. Verma*, *et. al.*, No. 1:19-cv-01471-TFH (D.D.C.); (13) information concerning *Mallinckrodt ARD LLC v. Verma*, *et al.*, No. 20-5154 (D.C. Cir.); (14) information concerning *Landolt v. Mallinckrodt ARD LLC*, No. 1:18-cv-11931-PBS (D. Mass.); (15) information concerning *U.S. ex rel. Strunck v. Mallinckrodt ARD LLC*, No. 2:12-cv-0175-BMS (E.D. Pa.) and *U.S. ex rel. Clark v. Mallinckrodt ARD LLC*, No. 2:13-cv-1776-BMS (E.D. Pa.); and (16) the location or identity of documents, witnesses, or other evidence pertaining to the allegations in the Complaint.

- 4 -

| # | Name | Contact Information (if known)[1] |
|---|---|---|
| 1 | Mallinckrodt plc | c/o Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017 |
| 2 | Bailey, Don | |
| 3 | Bass, Diane | |
| 4 | Beltjens, Rene | |
| 5 | Benton, Emma | |
| 6 | Blessman, Nathan | |
| 7 | Buehne, Cynde | |
| 8 | Carlucci, David | |
| 9 | Carroll, J. Martin | |
| 10 | Catterson, Alan | |
| 11 | Covert, Joshua | |
| 12 | Daley, Melissa | |
| 13 | Dennison, Rebecca | |
| 14 | Dhersin-Luporsi, Marie | |
| 15 | Edwards, Peter | |
| 16 | Einwalter, John | |
| 17 | Fagan, Mike | |
| 18 | Fischer, Meredith | |
| 19 | Forshee, Kay | |
| 20 | Furey, Raymond | |
| 21 | Gulyas, Diane | |
| 22 | Haselhorst, Marvin | |
| 23 | Healy, Kevin | |
| 24 | Hicks, Michael-Bryant | |
| 25 | Hoyt, Richard | |

[1] Where this field is blank, reliable contact information for an individual is not known at this time. Unless otherwise indicated, Plaintiff believes Mallinckrodt likely has contact information for each such individual.

| 26 | Hughes, Eleanor | |
|----|-----------------|---|
| 27 | Kriegh, C. Stephen | |
| 28 | Landolt, James | c/o Whistleblower Law Collaborative LLC<br>20 Park Plaza, Suite 438<br>Boston, MA 02116 |
| 29 | Lannum, Coleman | |
| 30 | Lasker, Karen | |
| 31 | Lough, Mairi | |
| 32 | Lurker, Nancy | |
| 33 | Matasi, Twayler | |
| 34 | McCutcheon, Nate | |
| 35 | Modder, John | |
| 36 | Norton, David | |
| 37 | O'Neill, Hugh | |
| 38 | Paya, Carlos | |
| 39 | Phillips, Gary | |
| 40 | Pratta, Lisa | |
| 41 | Robertson, Michele | |
| 42 | Rogers Singer, Miriam | |
| 43 | Rosenberger, Michael | |
| 44 | Sciarra, Rhonda | |
| 45 | Scott, Kristen | |
| 46 | Sheehy, Karen | |
| 47 | Speciale, Daniel | |
| 48 | Tavakkol, Roxanne | |
| 49 | Taylor, Patty | |
| 50 | Thompson, Virgil | |
| 51 | Torgoley, Babak | |
| 52 | Tyndall, Mark | |
| 53 | Whitaker, Anne | |
| 54 | Wurl, Sarah | |

| 55 | Youngblood, Kneeland | |
| 56 | Zaccagnino, Joseph | |

**D.      Additional Non-Parties**

The following individuals and entities may have information that Plaintiff may use to support the claims alleged in the Complaint, as described below.

### 1.      Questcor and Former Directors, Executives, and Employees of Questcor

Questcor, as well as the following former directors, executives, employees, and representatives of Questcor, may have information that Plaintiff may use to support the claims alleged in the Complaint, including, *inter alia*, the following general categories of information: (1) Mallinckrodt's participation in the drug rebate program overseen by CMS; (2) the base date AMP for Acthar; (3) Medicaid rebates for Acthar; (4) Mallinckrodt's acquisition of Questcor, and the due diligence process related thereto; (5) information concerning *Mallinckrodt ARD LLC v. Verma, et. al.*, No. 1:19-cv-01471-TFH (D.D.C.); (6) information concerning *Mallinckrodt ARD LLC v. Verma, et al.*, No. 20-5154 (D.C. Cir.); (7) information concerning *Landolt v. Mallinckrodt ARD LLC*, No. 1:18-cv-11931-PBS (D. Mass.); (8) information concerning *U.S. ex rel. Strunck v. Mallinckrodt ARD LLC*, No. 2:12-cv-0175-BMS (E.D. Pa.) and *U.S. ex rel. Clark v. Mallinckrodt ARD LLC*, No. 2:13-cv-1776-BMS (E.D. Pa.); and (9) the location or identity of documents, witnesses, or other evidence pertaining to the allegations in the Complaint.

| # | Name | Contact Information (if known) |
|---|---|---|
| 1 | Questcor Pharmaceuticals, Inc. | c/o Hogan Lovells US LLP 390 Madison Avenue New York, NY 10017 |
| 2 | Aldridge, Michael | |
| 3 | Asarpota, Rajesh | |
| 4 | Bigora, Sian | |

- 7 -

| 5 | Bradsher, Neal | |
| 6 | Cartt, Steve | |
| 7 | Chavez, Ryan | |
| 8 | Clark, Scott | |
| 9 | Farrell, Stephen | |
| 10 | Halladay, Steven | |
| 11 | Martin, Kelly | |
| 12 | Mulroy, Michael | |
| 13 | Silverman, Lou | |
| 14 | Strunck, Charles | |
| 15 | Whitcup, Scott | |
| 16 | Young, David | |

**2.      Financial Institutions and Analyst Firms**

The following investment banks and analyst firms, as well as current and former employees of the same, may have information regarding, *inter alia*: (1) Mallinckrodt's business model and operations and actual and forecasted financial performance; (2) Medicaid rebates for Acthar; (3) securities valuation and price movements of Mallinckrodt; and (4) Mallinckrodt's acquisition of Questcor, and the due diligence process related thereto.

| # | Name | Contact Information |
|---|---|---|
| 1 | Barclays Capital Inc. | 745 Seventh Avenue<br>New York, NY 10019 |
| 2 | Berenberg Capital Markets | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 3 | BMO Capital Markets | 3 Times Square<br>New York, NY 10036 |
| 4 | BofA Securities Inc. | 711 Fifth Avenue<br>New York, NY 10022 |

| 5 | Canaccord Genuity | 535 Madison Avenue New York, NY 10022 |
| 6 | Cantor Fitzgerald and Company | 110 E 59th Street New York, NY 10022 |
| 7 | Centerview Partners LLC | 31 West 52nd Street New York, NY 10019 |
| 8 | Deutsche Bank Securities Inc. | 60 Wall Street New York, NY 10005 |
| 9 | Guggenheim Securities LLC | 330 Madison Avenue New York, NY 10017 |
| 10 | Jefferies LLC | 520 Madison Avenue New York, NY 10022 |
| 11 | J.P. Morgan Securities LLC | 270 Park Avenue New York, NY 10017 |
| 12 | Morgan Stanley & Co. LLC | 1585 Broadway New York, NY 10036 |
| 13 | Morningstar Inc. | 22 West Washington Street Chicago, IL 60602 |
| 14 | Oppenheimer and Co. | 85 Broad Street New York, NY 10004 |
| 15 | Piper Jaffray & Co. | 345 Park Avenue New York, NY 10154 |
| 16 | Piper Sandler Companies | 800 Nicollet Mall, Suite 900 Minneapolis, MN 55402 |
| 17 | SunTrust Robinson Humphrey Capital Markets | 3333 Peachtree Road, Northeast Atlanta, GA 30326 |
| 18 | SVBLeerink LLC n/k/a SVB Securities LLC | 1301 Avenue of the Americas New York, NY 10019 |
| 19 | Wells Fargo Securities, LLC | 550 S Tryon Street, 6th Floor Charlotte, NC 28202 |

### 3.     Consultants and Professional Services Providers

The following individuals and/or entities that provided consulting and/or professional services to Mallinckrodt and/or Questcor, as well as current or former employees of the same, may have information regarding, *inter alia*: (1) Mallinckrodt's participation in the drug rebate program overseen by CMS; (2) the base date AMP for Acthar; (3) Medicaid rebates for Acthar;          (4) Mallinckrodt's acquisition of Questcor, and the due diligence process related thereto;          (5) Mallinckrodt's accounting practices, internal controls, and compliance with GAAP and the Sarbanes-Oxley Act of 2002; (6) Mallinckrodt's reported net sales, liabilities and earnings and compliance with ASC Topic 450; (7) audits and/or review of Mallinckrodt's accounting, internal controls, and/or compliance; (8) information concerning *Mallinckrodt ARD LLC v. Verma, et. al.*, No. 1:19-cv-01471-TFH (D.D.C.); (9) information concerning *Mallinckrodt ARD LLC v. Verma, et al.*, No. 20-5154 (D.C. Cir.); (10) information concerning *Landolt v. Mallinckrodt ARD LLC*, No. 1:18-cv-11931-PBS (D. Mass.); (11) information concerning *U.S. ex rel. Strunck v. Mallinckrodt ARD LLC*, No. 2:12-cv-0175-BMS (E.D. Pa.) and *U.S. ex rel. Clark v. Mallinckrodt ARD LLC*, No. 2:13-cv-1776-BMS (E.D. Pa.); and (12) the location or identity of documents, witnesses, or other evidence pertaining to the allegations in the Complaint.

| #   | Name                  | Contact Information                             |
| --- | --------------------- | ---------------------------------------------- |
| 1   | BDO USA, LLP          | 600 Anton Blvd., Suite 500<br>Costa Mesa, CA 92626 |
| 2   | Buhl, Lynn            |                                                |
| 3   | Deloitte & Touche LLP | 100 S. 4th Street, Suite 300<br>St. Louis, MO 63102 |
| 4   | Hogan Lovells US LLP  | 390 Madison Avenue<br>New York, NY 10017       |

| 5 | KPMG LLP | 345 Park Avenue<br>New York, NY 10154 |
|---|---|---|
| 6 | Latham & Watkins LLP | 1271 Sixth Avenue<br>New York, NY 10020 |
| 7 | Sidley Austin LLP | 1501 K Street N.W.<br>Washington, D.C. 20005 |
| 8 | Wachtell, Lipton, Rosen & Katz | 51 West 52nd Street<br>New York, NY 10019 |

    **4.**      **Government Agencies**

The following government agencies, as well as representatives and/or employees of the same, may have information regarding, *inter alia*: (1) Mallinckrodt's participation in the drug rebate program overseen by CMS; (2) the base date AMP for Acthar; (3) Medicaid rebates for Acthar; (4) Mallinckrodt's acquisition of Questcor, and the due diligence process related thereto; (5) information concerning *Mallinckrodt ARD LLC v. Verma, et. al.*, No. 1:19-cv-01471-TFH (D.D.C.); (6) information concerning *Mallinckrodt ARD LLC v. Verma, et al.*, No. 20-5154 (D.C. Cir.); (7) information concerning *Landolt v. Mallinckrodt ARD LLC*, No. 1:18-cv-11931-PBS (D. Mass.); (8) information concerning *U.S. ex rel. Strunck v. Mallinckrodt ARD LLC*, No. 2:12-cv-0175-BMS (E.D. Pa.) and *U.S. ex rel. Clark v. Mallinckrodt ARD LLC*, No. 2:13-cv-1776-BMS (E.D. Pa.); and (9) the location or identity of documents, witnesses, or other evidence pertaining to the allegations in the Complaint.

| # | Name | Contact Information |
|---|---|---|
| 1 | Department of Justice | 950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |
| 2 | Department of Health and Human Services | 200 Independence Avenue, S.W.<br>Washington, D.C. 20201 |

| 3 | Food and Drug Administration | 10903 New Hampshire Ave Silver Spring, MD 20993 |
| 4 | House of Representatives Committee on Oversight and Reform | U.S. House of Representatives Washington, D.C. 20515 |
| 5 | National Association of Medicaid Fraud Control Units | 1850 M Street NW, 12th Floor Washington, D.C. 20036 |
| 6 | The Centers for Medicare & Medicaid Services | 7500 Security Blvd. Baltimore, MD 21244 |
| 7 | U.S. Attorney's Office for the District of Columbia | 555 4th St NW Washington, D.C. 20530 |
| 8 | U.S. Attorney's Office for the District of Massachusetts | 1 Courthouse Way, Suite 9200 Boston, MA 02210 |
| 9 | U.S. Attorney's Office for the Eastern District of Pennsylvania | 615 Chestnut St. # 1250 Philadelphia, PA 19106 |

### 5.    Other Relevant Non-Parties

The following individuals and/or entities, as well as representatives and/or employees of the same, may have discoverable information that Plaintiff may use to support the claims alleged in the Complaint.

| # | Name | Contact Information |
|---|------|---------------------|
| 1 | Buxton Helmsley Group | 1185 Avenue of the Americas, Floor 3 New York, NY 10036 |
| 2 | H+K Strategies | 3 Columbus Circle, Floor 7 New York, NY 10019 |
| 3 | Indago Group | 20 Park Plaza, #495 Boston, MA 02116 |
| 4 | Kekst CNC | 437 Madison Avenue, 37th Floor New York, NY 10022 |

**III.    Copy or Description by Category of Documents and Tangible Things Relevant to Facts Alleged in the Pleadings Under Rule 26(a)(1)(A)(ii)**

Plaintiff discloses that it has in its possession, custody, or control: (a) publicly available documents; (b) documents referenced in the Complaint; and (c) records identifying and concerning its transactions in Mallinckrodt common stock.

**IV.    Computation of Damages Under Rule 26(a)(1)(A)(iii)**

**A.    Compensatory Damages**

Plaintiff's and the putative class's losses will be calculated on a per security basis. For claims brought pursuant to Section 10(b) of the Securities Exchange Act of 1934, compensatory damages will be the lesser of: (1) the total inflation that came out of the price of each security following disclosures of the alleged fraud (*see* Complaint ¶¶320-332); and (2) the difference between the purchase/acquisition price of each security and the statutory sales price (*see* 15 U.S.C. §78u-4(e)).

**B.    Attorneys' Fees and Costs**

Plaintiff's attorneys' fees and costs are being incurred on an ongoing basis, and Plaintiff is presently unable to state the amount for this claim.

**C.    Pre-Judgment and Post-Judgment Interests at the Highest Rate Permitted by Law**

Because the accrual of pre-judgment interest is ongoing and accrual of post-judgment interest will not begin to accrue until after the judgment is obtained, Plaintiff is unable to calculate the amount owed at this time.

**D.    Other Damages**

Plaintiff reserves the right to seek any other damages to which it is legally entitled in this action.

**V.     Any Insurance Agreement Under Which an Insurance Business May Be Liable to Satisfy All or Part of a Judgment Under Rule 26(a)(1)(A)(iv)**

Plaintiff does not have in its possession, custody or control any insurance agreements covered by Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure.

DATED:  July 25, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
AVITAL O. MALINA (*pro hac vice*)
NATALIE C. BONO (*pro hac vice*)


*/s/ Michael G. Capeci*
MICHAEL G. CAPECI

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com
amalina@rgrdlaw.com
nbono@rgrdlaw.com

*Lead Counsel for Lead Plaintiff and Proposed Named Plaintiff*

CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
LINDSEY H. TAYLOR
KEVIN G. COOPER
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
kcooper@carellabyrne.com

- 14 -

- 15 -

*Local Counsel for Lead Plaintiff and Proposed Named Plaintiff*