# EXHIBIT O

Jack N. Frost, Jr. Esq.
**FAEGRE DRINKER**
**BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7338
jack.frost@faegredrinker.com

[Additional Counsel on Signature Page]

*Counsel For Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANK HALL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:18-cv-01833-FLW-TJB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | STIPULATION REGARDING MERITS DEPOSITIONS AND THE CLOSE OF FACT DISCOVERY |
| JOHNSON & JOHNSON, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

This Stipulation Regarding Merits Depositions and the Close of Fact Discovery is entered into between Lead Plaintiff and Defendants (collectively, the "Parties").

WHEREAS, in light of the complex nature of this case, both Lead Plaintiff and Defendants believe it is necessary to take more than 10 merits depositions;

WHEREAS, the Parties have met and conferred extensively, and have reached an agreement on the number of merits depositions the Parties can take without leave of Court and a fact discovery schedule to accommodate those depositions;

1

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval that:

1.      Lead Plaintiff may take up to 30 depositions of current and/or former Johnson & Johnson employees without leave of Court;

2.      Lead Plaintiff may take up to 70 hours of merits depositions of third parties without leave of Court;

3.      Defendants may take up to 15 merits depositions without leave of Court; and

4.      The close of fact discovery shall be extended from October 15, 2021 until January 31, 2022.

5.      The remaining deadlines will be set consistent with the time frame agreed upon by the parties and as outlined in the Joint Discovery Plan. *See* ECF No. 67 at ¶17.

Dated:  July 2, 2021          Respectfully Submitted,

/s/ Jack N. Frost, Jr.
Jack N. Frost, Jr.
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973/549-7338
jack.frost@faegredrinker.com

2

Walter C. Carlson (admitted *pro hac vice*)
Kristen R. Seeger (admitted *pro hac vice*)
John M. Skakun III (admitted *pro hac vice*)
Christopher Y. Lee (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois  60603
Telephone: 312/853-7000
wcarlson@sidley.com
kseeger@sidley.com
jskakun@sidley.com
chris.lee@sidley.com

Robert M. Stern (admitted *pro hac vice*)
**ORRICK HERRINGTON & SUTCLIFF LLP**
Columbia Center
1152 15th Street, N.W.
Washington D.C. 20005
Telephone: 202/339-1706
rstern@orrick.com

*Counsel for Defendants*


Dated:  July 2, 2021          Respectfully Submitted,

/s/ James E. Cecchi
James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ  07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

*Local Counsel for Plaintiff San Diego County
Employees Retirement Association*

Darren J. Robbins (admitted *pro hac vice*)
Arthur C. Leahy (admitted *pro hac vice*)

3

Robert R. Henssler Jr. (admitted *pro hac vice*)
Nathan R. Lindell (admitted *pro hac vice*)
Hillary B. Stakem (admitted *pro hac vice*)
Matthew J. Balotta (admitted *pro hac vice*)

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
artl@rgrdlaw.com
bhenssler@rgrdlaw.com
nlindell@rgrdlaw.com
hstakem@rgrdlaw.com
mbalotta@rgrdlaw.com

*Lead Counsel for Plaintiff San Diego County
Employees Retirement Association*

**IT IS SO ORDERED.**

**Dated:**  7/6/2021

**HON. TONIANNE J. BONGIOVANNI**
**U.S. MAGISTRATE JUDGE**

4