# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD
ROSELAND, N.J.  07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
BRIAN F. O'TOOLE
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO

March 4, 2024

<u>VIA ECF</u>

The Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

Re:    *Strougo v. Mallinckrodt PLC, et al.*,
       <u>Civil Action No.: 3:20-cv-10100 (RK) (TJB)</u>

Dear Judge Kirsch:

This firm and Robbins Geller Rudman & Dowd LLP represent Lead Plaintiff Canadian Elevator Industry Pension Trust Fund and Named Plaintiff City of Sunrise Police Officers' Retirement Plan ("Plaintiffs") in the above-referenced litigation.[1]

We write to advise Your Honor that the Parties have met and conferred regarding mediation, and have agreed to schedule mediation with David M. Murphy of Phillips ADR Enterprises on March 21, 2024.  Pending a report on the mediation, we respectfully request that the Court extend all deadlines in this litigation by sixty (60) days so that the Parties can focus their efforts and resources on the upcoming mediation.  The Parties also respectfully request that the Court reschedule the hearing currently set for March 19, 2024 until May 2024.  *See* ECF No. 133. The Parties will provide an update to the Court on the status of settlement negotiations by April 22, 2024.

---

[1]    Defendants are Mark C. Trudeau, Matthew K. Harbaugh, George A. Kegler, Bryan M. Reasons, Kathleen A. Schaefer, Angus C. Russell, Melvin D. Booth, JoAnn A. Reed, Paul R. Carter, and Mark J. Casey (collectively, "Defendants," and together with Plaintiffs, the "Parties"). Mallinckrodt is no longer a defendant due to its discharge by virtue of its Chapter 11 bankruptcy proceedings.  *See* ECF No. 104.

Hon. Robert Kirsch, U.S.D.J.
March 4, 2024
Page  2

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

CC:  All Counsel of Record (via email)

JC:mmh

It is on this 7th day of March, 2024,
SO ORDEREED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.

This matter is stayed pending mediation. If necessary, the deadlines shall be reset after mediation concludes. The Clerk of the Court shall administratively terminate this matter pending mediation.

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION