# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***

June 24, 2024

**By ECF**

The Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:    *Strougo v. Mallinckrodt PLC, et al.*,
       Civil Action No.: 3:20-10100 (RK) (TJB) (D.N.J.)

Dear Judge Kirsch:

This firm and Robbins Geller Rudman & Dowd LLP represent Lead Plaintiff Canadian Elevator Industry Pension Trust Fund and Named Plaintiff City of Sunrise Police Officers' Retirement Plan ("Plaintiffs") in the above-referenced litigation.[1]

We write on behalf of all Parties to provide an update to the Court on the Parties' mediation efforts over the past several months. *See* ECF Nos. 134-40. The Parties are pleased to report that they have reached an agreement-in-principle on a settlement amount. The Parties are currently in the process of negotiating non-monetary terms and documenting the proposed settlement. The Parties anticipate that Plaintiffs will be prepared to move for preliminary settlement approval by August 16, 2024, and respectfully request that the Court continue the temporary stay of this litigation until that time.

The Parties are available to answer any questions that the Court may have.

---

[1]    Defendants are Mark C. Trudeau, Matthew K. Harbaugh, George A. Kegler, Bryan M. Reasons, Kathleen A. Schaefer, Angus C. Russell, Melvin D. Booth, JoAnn A. Reed, Paul R. Carter, and Mark J. Casey (collectively, "Defendants," and together with Plaintiffs, the "Parties"). Mallinckrodt is no longer a defendant due to its discharge by virtue of its Chapter 11 bankruptcy proceedings. *See* ECF No. 104.

June 24, 2024
Page 2

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
JAMES E. CECCHI

JC:mmh

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date: 6/26/24

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION