# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***

September 13, 2024

<u>VIA ECF</u>

Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: *Strougo v. Mallinckrodt PLC, et al.*,
    Civil Action No.: 3:20-10100 (RK) (TJB) (D.N.J.)

Dear Judge Kirsch:

This firm and Robbins Geller Rudman & Dowd LLP represent Lead Plaintiff Canadian Elevator Industry Pension Trust Fund and Named Plaintiff City of Sunrise Police Officers' Retirement Plan ("Plaintiffs") in the above-referenced litigation.[1]

We write on behalf of the Parties to update the Court on the Parties' efforts to finalize the Parties' proposed settlement. The Parties remain close to reaching an agreement on all remaining non-monetary terms, but do not believe it will be possible to reach agreement by the current deadline of September 13, 2024. *See* ECF No. 145.

Accordingly, the Parties respectfully request that the Court continue the temporary stay of this litigation for an additional five days, until September 18, 2024, to allow the Parties additional time to finalize the Parties' proposed settlement.

---

[1] Defendants are Mark C. Trudeau, Matthew K. Harbaugh, George A. Kegler, Bryan M. Reasons, Kathleen A. Schaefer, Angus C. Russell, Melvin D. Booth, JoAnn A. Reed, Paul R. Carter, and Mark J. Casey (collectively, "Defendants," and together with Plaintiffs, the "Parties"). Mallinckrodt is no longer a defendant due to its discharge by virtue of its Chapter 11 bankruptcy proceedings. *See* ECF No. 104.

Honorable Robert Kirsch, U.S.D.J.
September 13, 2024
Page 2

The Parties are available to answer any questions that the Court may have.

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
JAMES E. CECCHI

**SO ORDERED**

Robert Kirsch, U.S.D.J.
**Date:** 9/16/24