CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
KEVIN G. COOPER
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

Local Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>　　　　　　　　Defendants. | No. 3:20-cv-10100-RK (TJB)<br><br><u>CLASS ACTION</u><br><br>UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF NOTICE TO THE CLASS<br><br>Motion Return Date:  October 21, 2024 |

4870-2662-8836.v1

TO:   ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** on October 21, 2024, Plaintiffs, by and through their counsel, shall move before the Honorable Robert Kirsch, U.S.D.J., at the United States District Court for the District of New Jersey, in Courtroom 4E located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order preliminarily approving the proposed Stipulation of Settlement (the "Stipulation").

By this motion, Plaintiffs respectfully move the Court for an Order:

1.   Preliminarily approving the settlement set forth in the Stipulation (the "Settlement");

2.   Approving the proposed forms of notice and the notice plan, and directing that notices be disseminated pursuant to this plan; and

3.   Setting a Settlement Hearing and certain other dates in connection with the final approval of the Settlement.

In support thereof, Plaintiffs rely on the accompanying: (1) Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of Notice to the Class; (2) the Capeci Decl. and exhibits thereto; (3) the Stipulation; (4) all other pleadings and matters of record; and (5) such additional evidence or argument as may be presented before or at the hearing.

DATED:  September 18, 2024	Respectfully submitted,

                                                  CARELLA, BYRNE, CECCHI,
                                                    BRODY & AGNELLO, P.C.
                                                JAMES E. CECCHI
                                                KEVIN G. COOPER


                                                    /s/James E. Cecchi
                                                JAMES E. CECCHI

                                              5 Becker Farm Road
                                              Roseland, NJ  07068
                                              Telephone:  973/994-1700
                                              973/994-1744 (fax)
                                              jcecchi@carellabyrne.com
                                              kcooper@carellabyrne.com

                                              *Local Counsel for Plaintiffs*

                                              ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
                                              SAMUEL H. RUDMAN
                                              DAVID A. ROSENFELD
                                              MICHAEL G. CAPECI
                                              AVITAL O. MALINA
                                              NATALIE C. BONO
                                              58 South Service Road, Suite 200
                                              Melville, NY  11747
                                              Telephone:  631/367-7100
                                              631/367-1173 (fax)
                                              srudman@rgrdlaw.com
                                              drosenfeld@rgrdlaw.com
                                              mcapeci@rgrdlaw.com
                                              amalina@carellabyrne.com
                                              nbono@rgrdlaw.com

                                              *Lead Counsel for Plaintiffs*

- 2 -

- 3 -

        LORIUM LAW PLLC
        RONALD J. COHEN
        RICHELLE B. LEVY
        101 NE 3rd Avenue, Suite 1800 Fort Lauderdale, FL 33301
        Telephone: 954/462-8000
        rcohen@loriumlaw.com
        rlevy@loriumlaw.com

*Additional Counsel for Named Plaintiff Sunrise*

- 3 -