**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**                                    **DATE OF PROCEEDINGS**
**MAGISTRATE JUDGE: BONGIOVANNI**          **December 20, 2024**
**Digitally Recorded: John Moller**

**TITLE OF CASE**:                                    **20-cv-10100 (TJB)**

BARBARA STROUGO
        V.
MARK C. TRUDEAU. et al

APPEARANCES:

Kevin Cooper, Esq., for plaintiff
Ellen Stewart, Esq., for plaintiff
Michael Capeci, Esq., for plaintiff
Natalie Bono, Esq., for plaintiff
Allison Wuertz, Esq., for defendants
William Regen, Esq., for defendants
Monica Hennessy, Esq., for defendants

**NATURE OF PROCEEDING:**

Preliminary Approval Hearing held.
ORDER Granting [Docket Entry 148] Motion for Preliminary Approval of Settlement.

TIME COMMENCED:        10:00 a.m.
TIME ADJOURNED:        10:15 a.m.                    s/ John Moller
TOTAL TIME:   15  MINUTES                                Deputy Clerk