CARELLA, BYRNE, CECCHI, BRODY
  & AGNELLO, P.C.
JAMES E. CECCHI
KEVIN G. COOPER
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

Local Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, et al.,<br><br>             Defendants. | No. 3:20-cv-10100-RK (TJB)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION<br><br>Motion Return Date: April 15, 2025 |

PLEASE TAKE NOTICE that on April 15, 2025, or such other date as the Court may set, Lead Plaintiff Canadian Elevator Industry Pension Trust Fund and named plaintiff City of Sunrise Police Officers' Retirement Plan ("Plaintiffs"), on behalf of the Class, through counsel, shall move the Honorable Tonianne J. Bongiovanni, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on December 23, 2024 (ECF 155), for entry of orders granting final approval of the proposed settlement and approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs will rely upon: Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; Declaration of Michael G. Capeci in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declarations of Plaintiffs; Declaration of Ross D. Murray; Stipulation of Settlement; and all other proceedings herein.

Plaintiffs seek oral argument on this motion.

Proposed orders will be submitted with Plaintiffs' reply submission on April 8, 2025.

DATED:  March 11, 2025	Respectfully submitted,

           CARELLA, BYRNE, CECCHI, BRODY
             & AGNELLO, P.C.
           JAMES E. CECCHI
           KEVIN G. COOPER


             *s/ James E. Cecchi*
             JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Local Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
AVITAL O. MALINA (*pro hac vice*)
NATALIE C. BONO (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com
amalina@carellabyrne.com
nbono@rgrdlaw.com

- 3 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
ELLEN GUSIKOFF STEWART
(*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

*Lead Counsel for Plaintiffs*

LORIUM LAW PLLC
RONALD J. COHEN
RICHELLE B. LEVY
101 NE 3rd Avenue, Suite 1800 Fort Lauderdale, FL 33301
Telephone: 954/462-8000
rcohen@loriumlaw.com
rlevy@loriumlaw.com

*Additional Counsel for Named Plaintiff Sunrise*