CARELLA, BYRNE, CECCHI, BRODY
  & AGNELLO, P.C.
JAMES E. CECCHI
KEVIN G. COOPER
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

Local Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BARBARA STROUGO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 3:20-cv-10100-RK (TJB) |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) ) | NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, |
| vs. | ) ) | EXPENSES, AND AWARDS TO PLAINTIFFS PURSUANT TO 15 |
| MALLINCKRODT PUBLIC LIMITED COMPANY, et al., | ) ) ) | U.S.C. §78u-4(a)(4) |
| Defendants. | ) ) ) | Motion Return Date: April 15, 2025 |

PLEASE TAKE NOTICE that on April 15, 2025, or such other date as the Court may set, Lead Counsel shall move before the Honorable Tonianne J. Bongiovanni, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on December 23, 2024 (ECF 155), for the entry of an order awarding attorneys' fees, payment of litigation expenses, and awards to Plaintiffs.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel will rely upon: Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declaration of Michael G. Capeci in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declarations of Plaintiffs; Declaration of Ross D. Murray; Declaration of Michael G. Capeci Filed on Behalf of Robbins Geller Rudman & Dowd LLP; Declaration of James E. Cecchi Filed on Behalf of Carella, Bryne, Cecchi, Brody & Agnello, P.C.; Stipulation of Settlement; and all other proceedings herein.

Lead Counsel seek oral argument on this motion.

A proposed order will be submitted with Lead Counsel's reply submission on April 8, 2025.

- 1 -

DATED:  March 11, 2025

Respectfully submitted,

CARELLA, BYRNE, CECCHI, BRODY
  & AGNELLO, P.C.
JAMES E. CECCHI
KEVIN G. COOPER


*s/ James E. Cecchi*

JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Local Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD (*pro hac vice*)
MICHAEL G. CAPECI (*pro hac vice*)
AVITAL O. MALINA (*pro hac vice*)
NATALIE C. BONO (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com
amalina@carellabyrne.com
nbono@rgrdlaw.com

- 2 -

- 3 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
ELLEN GUSIKOFF STEWART
(*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

*Lead Counsel for Plaintiffs*

LORIUM LAW PLLC
RONALD J. COHEN
RICHELLE B. LEVY
101 NE 3rd Avenue, Suite
1800 Fort Lauderdale, FL 33301
Telephone: 954/462-8000
rcohen@loriumlaw.com
rlevy@loriumlaw.com

*Additional Counsel for Named Plaintiff
Sunrise*