**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**                                                    **DATE OF PROCEEDINGS**
**MAGISTRATE JUDGE: BONGIOVANNI**                 **April 15, 2025**
**Digitally Recorded: John Moller**


**TITLE OF CASE**:                                          **20-cv-10100 (ZNQ)**

BARBARA STROUGO, et al.
         V.
 MALLINCKRODT PUBLIC LIMITED COMPANY, et al.


**APPEARANCES:**

Ellen Stewart Esq., for plaintiffs
Michael Capeci, Esq., for plaintiffs
Natalie Bono, Esq., for plaintiffs
Kevin Cooper, Esq., for plaintiffs
Allison Wuertz, Esq., for defendants
David Rosenfeld, Esq., for defendants


**NATURE OF PROCEEDING:**

Final Approval Hearing held.
Order to be entered.


TIME COMMENCED:          11:14 a.m.
TIME ADJOURNED:          11:28 a.m.                    s/ John Moller_____
TOTAL TIME:   14 MINUTES                                  Deputy Clerk